PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K GARRISON    (1946-1991)
RANDOLPH E PAUL    (1946-1956)
SIMON H RIFKIND    (1950-1995)
LOUIS S WEISS    (1927-1950)
JOHN F WHARTON    (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(212) 373-3215

WRITER'S DIRECT FACSIMILE
(212) 492-0215

WRITER'S DIRECT E-MAIL ADDRESS
lclayton@paulweiss.com

UNIT 5201 FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT BEIJING 100020 CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING 12TH FLOOR
3A CHATER ROAD CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU TOKYO 100-0011 JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
PO BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET NW
WASHINGTON DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE SUITE 200
POST OFFICE BOX 32
WILMINGTON DE 19899-0032
TELEPHONE (302) 655-4410

July 9, 2019

MATTHEW W ABBOTT
EDWARD T ACKERMAN
JACOB A ADLERSTEIN
JUSTIN ANDERSON
ALLAN J ARFFA
ROBERT A ATKINS
DAVID J BALL
SCOTT A BARSHAY
PAUL M BASTA
JOHN F BAUGHMAN
J STEVEN BAUGHMAN
LYNN B BAYARD
CRAIG A BENSON
MITCHELL L BERG
MARK S BERGMAN
DAVID M BERNICK
JOSEPH J BIAL
BRUCE BIRENBOIM
H CHRISTOPHER BOEHNING
ANGELO BONVINO
ROBERT BRITTON
DAVID W BROWN
SUSANNA M BUERGEL
PATRICK S CAMPBELL*
JESSICA S CAREY
DAVID CARMONA
JEANETTE K CHAN
GEOFFREY R CHEPIGA
ELLEN N CHING
WILLIAM A CLAREMAN
LEWIS R CLAYTON
YAHONNES CLEARY
JAY COHEN
KELLEY A CORNISH
CHRISTOPHER J CUMMINGS
THOMAS V DE LA BASTIDE III
ARIEL J DECKELBAUM
ALICE BELISLE EATON
ANDREW J EHRLICH
GREGORY A EZRING
ROSS A FIELDSTON
BRAD J FINKELSTEIN
BRIAN P FINNEGAN
ROBERTO FINZI
PETER E FISCH
HARRIS FISCHMAN
MARTIN FLUMENBAUM
ANDREW J FOLEY
ANDREW J FORMAN*
HARRIS B FREIDUS
CHRISTOPHER D FREY
MANUEL S FREY
ANDREW L GAINES
KENNETH A GALLO
MICHAEL E GERTZMAN
ADAM M GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B GOLDSTEIN
ROBERTO J GONZALEZ*
CATHERINE L GOODALL
ERIC GOODISON
CHARLES H GOOGE JR
ANDREW G GORDON
BRIAN S GRIEVE
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A GUTENPLAN
ALAN S HALPERIN
CLAUDIA HAMMERMAN
BRIAN S HERMANN
MICHELE HIRSHMAN
DAVID S HUNTINGTON
AMRAN HUSSEIN
LORETTA A IPPOLITO
JAREN JANGHORBANI
BRIAN M JANSON
JEH C JOHNSON
MEREDITH J KANE

JONATHAN S KANTER
BRAD S KARP
PATRICK N KARSNITZ
JOHN C KENNEDY
BRIAN KIM
KYLE J KIMPLER
KELLEY D PARKER
ALAN W KORNBERG
DANIEL J KRAMER
DAVID K LAKHDHIR
JOHN E LANGE
GREGORY F LAUFER
BRIAN C LAVIN
XIAOYU GREG LIU
LORETTA E LYNCH
JEFFREY D MARELL
MARCO V MASOTTI
DAVID W MAYO
ELIZABETH R McCOLM
ALVARO MEMBRILLERA
MARK F MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B O BRIEN
ALEX YOUNG K OH
BRAD R OKUN
KELLEY D PARKER
LINDSAY B PARKS
VALERIE E RADWANER
JEFFREY J RECHER
CARL L REISNER
LORIN L REISNER
WALTER G RICCIARDI
WALTER RIEMAN
RICHARD A ROSEN
ANDREW N ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P RUBIN
CHARLES F "RICK" RULE*
RAPHAEL M RUSSO
ELIZABETH M SACKSTEDER
JEFFREY D SAFERSTEIN
JEFFREY B SAMUELS
TERRY E SCHIMEK
KENNETH M SCHNEIDER
ROBERT B SCHUMER
JOHN M SCOTT
BRIAN SCRIVANI
KANNON K SHANMUGAM*
DAVID R SICULAR
AUDRA J SOLOWAY
SCOTT M SONTAG
TARUN M STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
RICHARD C TARLOWE
MONICA K THURMOND
DANIEL J TOAL
CONRAD VAN LOGGERENBERG
LIZA M VELAZQUEZ
MICHAEL VOGEL
RAMY J WAHBEH
LAWRENCE G WEE
THEODORE V WELLS, JR
LINDSEY L WIERSMA
STEVEN J WILLIAMS
LAWRENCE I WITDORCHIC
MARK B WLAZLO
JULIA TARVER MASON WOOD
JENNIFER H WU
BETTY YAP*
JORDAN E YARETT
KAYE N YOSHINO
TONG YU
TRACEY A ZACCONE
TAURIE M ZEITZER
T ROBERT ZOCHOWSKI, JR

*NOT ADMITTED TO THE NEW YORK BAR

By ECF

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

     *Sears Holdings Corp. et al.* v. *Lampert et al.*, Adversary Proceeding No. 19-8250 (RDD);
     *In re Sears Holdings Corp.*, Case No. 18-23538 (RDD)

Dear Judge Drain:

       We represent plaintiffs in this adversary proceeding, and I write on behalf of all parties to request that the pretrial conference, originally scheduled for June 20, 2019 and subsequently adjourned without date at the Court's direction, be further adjourned pending a decision by the proposed Liquidating Trust Board on the selection of primary litigation counsel and the filing of an amended complaint (or a determination by plaintiffs not to amend).

       On May 28, 2019, Debtors filed a Second Amended Joint Chapter 11 Plan [Dkt. No. 4041], pursuant to which, if the Plan is confirmed and upon its effective date, all of the Debtors' assets, including the causes of action asserted in this adversary proceeding, would be transferred to a Liquidating Trust.

       As the Debtors' counsel advised the Court at the hearing on June 20, 2019, the Debtors and the Creditors' Committee have agreed to amend the Plan to provide, among other things, that the Liquidating Trust Board will consist of three representatives selected by the Creditors' Committee and the two members of the Debtors' Restructuring Subcommittee. The

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Judge Robert D. Drain                                                                 2

amendment provides that the Liquidation Trust Board after its formation, but before Plan confirmation, will select a Trustee and primary litigation counsel for the anticipated Liquidating Trust.

Counsel for plaintiffs have discussed with counsel for the Creditors' Committee potential amendments of the adversary complaint to add additional factual allegations, additional causes of action, and/or additional parties. We do not anticipate based upon these discussions that an amended complaint would add claims based upon transactions not at issue in the current complaint though, as noted, it may add additional claims and defendants with respect to the transactions already at issue. Counsel for plaintiffs and for the Creditors' Committee agree that the best interests of plaintiffs' estates and their creditors would be served by deferring the filing of an amended complaint until after the Liquidation Trust Board has selected a Trustee and primary litigation counsel.

In light of the anticipated filing of an amended complaint that may include additional claims and defendants, the parties respectfully request that (1) the date for defendants to move or answer in response to the operative complaint and (2) the pretrial conference both be adjourned without date until after plaintiffs have filed the amended complaint (or until after plaintiffs notify the Court and the defendants that they do not intend to amend the complaint before any motion practice). Once the amended complaint is filed (or plaintiffs state that they do not intend to amend before motion practice), the parties will promptly confer on a schedule for defendants' responses to the complaint and for a pretrial conference. They will then communicate to the Court regarding such schedule. A proposed Order providing for this adjournment and process is enclosed for the Court's consideration. Except as set forth herein, all parties reserve all rights.

Plaintiffs also wish to advise the Court that discovery is underway. Plaintiffs and defendants have served requests for documents; the parties have agreed on a deadline to exchange initial disclosures; and the parties anticipate serving additional party and nonparty discovery. The parties' respective positions about scheduling are set forth in the joint Rule 26(f) submission [Dkt. No. 34].

We thank the Court for its attention to this matter.

Respectfully,

Lewis R. Clayton

Enclosure:

Cc (w/encl.):   All counsel (by ECF)