**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                         :   Chapter 11
                                                               :
SEARS HOLDINGS CORPORATION, *et al.*,                          :   Case No. 18-23538 (RDD)
                                                               :
                                  Debtors.                     :   Jointly Administered
                                                               :
---------------------------------------------------------------x
SEARS HOLDINGS CORPORATION, *et al.*,                          :
                                                               :
         Plaintiffs,                                           :
                                                               :   Adversary Proceeding
v.                                                             :
                                                               :   Case No. 19-08250 (RDD)
Edward Scott Lampert, *et al.*,                                :
                                                               :
                                  Defendants.                  :
---------------------------------------------------------------x

**NOTICE OF DEFENDANTS' JOINT MOTION TO DISMISS**
**COUNTS 12 AND 15-22 OF THE FIRST AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying Joint Memorandum of Law in Support of Defendants' Motion to Dismiss Counts 12 and 15-22 of the First Amended Complaint (the "Motion"), the Declaration of Noah A. Levine in Support of the ESL Defendants' Motion to Dismiss Regarding the First Amended Complaint and Defendants' Joint Motion to Dismiss Counts 12 and 15-22 of the First Amended Complaint and accompanying exhibits, the pleadings and papers on file in this action, and any further submissions as may be presented prior to, and at, the hearing on this Motion, Defendants Edward S. Lampert, ESL Investments, Inc., RBS Partners LP, SPE Master I LP, ESL Partners LP, SPE I Partners LP, RBS Investment Management LLC, ESL Institutional Partners LP, ESL Investors LLC, JPP LLC, JPP II LLC, Bruce Berkowitz, Fairholme Funds, Inc., Fairholme Capital Management, LLC, Cesar L. Alvarez, Paul G. DePodesta, Kunal Kamlani, William C. Kunkler III, Steven Mnuchin, Thomas J. Tisch, Ann N. Reese, Robert

Schriesheim, Robert Riecker, Scott Huckins, Seritage Growth Properties, Seritage Growth Properties, LP, Seritage KMT Mezzanine Finance LLC, Seritage SRC Mezzanine Finance LLC, Seritage KMT Finance LLC, Seritage SRC Finance LLC, Seritage GS Holdings LLC, Seritage SPS Holdings LLC, and Seritage MS Holdings LLC, by their undersigned counsel, will move before the Honorable Robert D. Drain, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, at such time that the parties agree and the Court approves, for an Order dismissing Counts 12 and 15-22 of the First Amended Complaint filed in the above-referenced adversary proceeding.

Dated: February 21, 2020

Respectfully submitted,

WILMER CUTLER PICKERING
   HALE AND DORR LLP

*/s/ Philip D. Anker*
Philip D. Anker
Noah A. Levine
Ryanne E. Perio
philip.anker@wilmerhale.com
noah.levine@wilmerhale.com
ryanne.perio@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800

*Attorneys for Edward S. Lampert, ESL Investments, Inc., RBS Partners LP, SPE Master I LP, ESL Partners LP, SPE I Partners LP, RBS Investment Management LLC, ESL Institutional Partners LP, ESL Investors LLC, JPP LLC, and JPP II LLC.*

SULLIVAN & CROMWELL LLP

*/s/ Robert A. Sacks*

Robert A. Sacks
Brian D. Glueckstein
sacksr@sullcrom.com
gluecksteinb@sullcrom.com
125 Broad Street
New York, NY 10004
(212) 558-4000

*Attorneys for Steven Mnuchin*

CRAVATH, SWAINE & MOORE LLP

*/s/ Evan R. Chesler*
Evan R. Chesler
J. Wesley Earnhardt
echesler@cravath.com
wearnhardt@cravath.com
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Attorneys for Ann Reese, Paul DePodesta, and William Kunkler*

JOSEPH HAGE AARONSON LLC

*/s/ Gregory P. Joseph*
Gregory P. Joseph
Rachel M. Cherington
Courtney A. Solomon
gjoseph@jha.com
rcherington@jha.com
csolomon@jha.com
485 Lexington Avenue, 30th Floor
New York, NY 10017
(212) 407-1210

*Attorneys for Cesar L. Alvarez*

O'MELVENY & MYERS LLP

*/s/ Andrew J. Frackman*
Andrew J. Frackman

Daniel S. Shamah
Brad M. Elias
Lauren M. Wagner
afrackman@omm.com
dshamah@omm.com
belias@omm.com
lwagner@omm.com
7 Times Square
New York, NY 10036
(212) 326-2000

*Attorneys for Thomas Tisch and Benefit Street 2018, LLC*

SEWARD & KISSEL LLP

*/s/ Mark J. Hyland*
Mark J. Hyland
Thomas Ross Hooper
Noah S. Czarny
Robert J. Gayda
hyland@sewkis.com
hooper@sewkis.com
czarny@sewkis.com
gayda@sewkis.com
One Battery Park Plaza
New York, New York 10004
(212) 574-1200

*Attorneys for Bruce Berkowitz and the Fairholme Defendants*

HOLWELL SHUSTER & GOLDBERG LLP

*/s/ Michael S. Shuster*
Michael S. Shuster
Vincent Levy
Matthew Gurgel
mshuster@hsgllp.com
vlevy@hgsllp.com
mgurgel@hsgllp.com
425 Lexington Avenue
New York, New York 10017
(646) 837-5151

*Attorneys for Kunal Kamlani*

GAIR EBERHARD NELSON DEDINAS LTD.

*/s/ Chris Gair*
Chris Gair
cgair@gairlawgroup.com
Jeffrey S. Eberhard
jeberhard@gairlawgroup.com
1 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 600-4900

*Attorneys for Robert Riecker, Robert Schriesheim, and Scott Huckins*

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

*/s/ Scott B. Luftglass*
Brad Eric Scheler
Scott B. Luftglass
Michael C. Keats
brad.eric.scheler@friedfrank.com
scott.luftglass@friedfrank.com
michael.keats@friedfrank.com
One New York Plaza
New York, New York 10004-1980
(212) 859-8000

*Attorneys for the Seritage Defendants*