Daniel S. Shamah
O'MELVENY & MYERS LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: dshamah@omm.com

*Attorney for Defendants Thomas J. Tisch and Benefit Street 2018 LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> SEARS HOLDINGS CORPORATION, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 18-23538 (RDD) <br> (Jointly Administered) |
| SEARS HOLDINGS CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EDWARD SCOTT "EDDIE" LAMPERT, *et al.*, <br><br> Defendants. | Adv. Proc. No. 19-08250 |

**DECLARATION OF DANIEL S. SHAMAH IN**
**SUPPORT OF DEFENDANTS THOMAS J. TISCH'S AND BENEFIT STREET 2018**
**LLC'S MOTION TO DISMISS**

I, Daniel S. Shamah, Esq., declare:

1.    I am an attorney admitted to practice law in the State of New York and am a partner of the law firm O'Melveny & Myers LLP, Times Square Tower, Seven Times Square, New York, New York 10036, counsel for Defendants Thomas J. Tisch and Benefit Street 2018

-1-

LLC. I respectfully submit this Declaration in support of Defendants' Motion to Dismiss, dated February 21, 2020.

2.  Attached as Exhibit 1 is a true and correct copy of the *First Amendment to Second Lien Credit Agreement*, dated July 7, 2017.

3.  Attached as Exhibit 2 is a true and correct copy of *Amendment No. 9 to Line of Credit Loan Proposal*, dated October 5, 2018.

4.  Attached as Exhibit 3 is a true and correct copy of the *Sixth Amendment to the Third Amended and Restated Credit Agreement*, dated March 21, 2018.

5.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: February 21, 2020
      New York, New York

Respectfully Submitted,

/s/ Daniel S. Shamah
Daniel S. Shamah
dshamah@omm.com
O'MELVENY & MYERS LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorney for Thomas J. Tisch
and Benefit Street 2018 LLC*