WILMERHALE

June 19, 2020

Philip D. Anker

+1 212 230 8890 (t)
+1 212 230 8888 (f)
philip.anker@wilmerhale.com

**VIA ELECTRONIC MAIL & ECF**

Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:    *Sears Holdings Corp., et al. v. Lampert, et al*., Case No. 19-08250 (RDD)

Dear Judge Drain:

Pursuant to the Court's request at the pre-trial conference on Tuesday, June 9, 2020, hyperlinked e-briefs of the Memorandum of Law in Support of the ESL Defendants' Motion to Dismiss Regarding the First Amended Complaint [Dkt. No. 105] and the Joint Memorandum of Law in Support of Defendants' Motion to Dismiss Counts 12 and 15-22 of the First Amended Complaint [Dkt. No. 110] have been shared via FTP with chambers. A link to download the documents has been sent to the email addresses judge_drain@nysb.uscourts.gov and rdd.chambers@nysb.uscourts.gov.

The ESL Defendants intend to provide hyperlinked e-briefs next week for the Reply Memorandum in Support of the ESL Defendants' Motion to Dismiss Regarding the First Amended Complaint and the Joint Reply Memorandum of Law in Support of Defendants' Motion to Dismiss Counts 12 and 15-22 of the First Amended Complaint.

To maintain functionality of the hyper-links in the briefs, please download the ZIP file, then extract the top-level folder "ESL & Joint Defs eBriefs".   Please note that altering file/folder names or locations within this top-level folder will disable the links to sources.  Also, please note that unchecking the box in Adobe preferences ("Open cross-document links in same window") allows one to open documents linked in the brief without closing existing windows.

Respectfully submitted,

/s/ Philip D. Anker

Philip D. Anker

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington

**WilmerHale**

Philip D. Anker, Esq.
June 19, 2020
Page 2

*Attorneys for Edward S. Lampert, ESL Investments, Inc., RBS Partners LP, SPE Master I LP, ESL Partners LP, SPE I Partners LP, RBS Investment Management LLC, ESL Institutional Partners LP, ESL Investors LLC, JPP LLC, and JPP II LLC*

cc:   All Counsel of Record (via e-mail)