

**DAVID M. ZENSKY**
+1 212.872.1075/fax: +1 212.872.1002
dzensky@akingump.com

September 21, 2020

VIA EMAIL AND ECF

The Honorable Judge Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    *Sears Holdings Corp., et al. v. Lampert, et al.*, Case No. 19-08250 (RDD)
       (the "Adversary Proceeding")

Dear Judge Drain:

On behalf of Plaintiffs in the above-captioned Adversary Proceeding, we write in connection with Defendants' pending motions to dismiss. As the Court is aware, Defendants argued in their motions to dismiss and at oral argument that the distribution of the Seritage Rights[1] is a safe-harbored transaction under 11 U.S.C. § 546(e) because of the purported involvement of Computershare Trust Company, N.A. ("Computershare Trust") as "agent" for Sears Holding Corporation ("Sears"). Plaintiffs made no effort to plead around or otherwise anticipate this argument in the First Amended Complaint, and never mentioned any Computershare entity or the identity of any third parties involved in the distribution of the Seritage Rights.

Nevertheless, in support of their 12(b)(6) motion, Defendants relied on certain documents—principally, the "Subscription Agent Agreement"—to try to establish that Computershare Trust conducted various activities for Sears and was therefore Sears's agent. Plaintiffs argued in response, among other things, that the documents on which Defendants rely (improperly) are ambiguous as to which Computershare entity—Computershare Trust or Computershare, Inc.—was contractually obligated to perform particular services for Sears, let alone whether either entity actually performed such services, and that discovery and a more complete record was necessary to resolve this issue. At oral argument, Plaintiffs advised the Court that the discovery received to that point indicated that Sears's transfer of the Seritage Rights was in fact aided by Computershare, Inc., not Computershare Trust (a point defendants did not dispute at oral argument), and requested that the Court either deny the motion or convert

---

[1] Capitalized terms not defined herein have the meanings given to them in the First Amended Complaint [ECF No. 52].



The Honorable Judge Drain
September 21, 2020
Page 2

it to one for summary judgment under Bankruptcy Rule 7012(b).  *See* Aug. 19, 2020 Hr'ing Tr.,
at 186:9-13; 195:20-23.

In the time since oral arguments have concluded, Plaintiffs have uncovered additional
documents in discovery revealing that Computershare Trust does not appear to have conducted
activities in the Seritage Rights Offering that would make it Sears's agent, as Defendants
contend.

First, Plaintiffs have located an agreement between Georgeson, Inc. ("Georgeson")—a
wholly-owned subsidiary of Computershare Ltd.—and Sears, pursuant to which Georgeson was
to act as Sears's "Information Agent" and provide services to Sears that included "dissemination
of Offer documents to registered holders of Sears Holdings common stock."[2]  Like
Computershare, Inc., Georgeson is not a bank or trust company and its activities as a potential
agent of Sears could not make Sears a "financial institution" under 11 U.S.C. § 101(22).  The
apparent involvement of yet another entity in the Seritage transaction—not mentioned anywhere
by Defendants in their motion—further supports Plaintiffs' argument that this issue cannot be
resolved on a motion to dismiss.  Indeed, Georgeson's apparent role as the party responsible for
disseminating Rights Offering documents to Sears's shareholders plainly contradicts Defendants'
representation to the Court that "Computershare Trust Company, N.A. . . . distributed [the
Rights] to Sears' shareholders."[3]

Second, since oral argument, Plaintiffs have uncovered records of wire transfers in
connection with the Seritage Rights Offering that specifically list Computershare, Inc. as the
originator, not Computershare Trust.[4]  In other words, these documents suggest that
Computershare, Inc. was the entity that transferred to Sears and its subsidiaries the funds raised
from the exercise of the Seritage Rights in connection with the Seritage Transaction.  This too

---

[2] *See* Exhibit 1, attached hereto, at Appendix I.  This document was produced by Transform without Bates stamps,
but was given the control number CNTRL-01142537.

[3] *Memorandum of Law in Support of ESL Defendants' Motion to Dismiss Regarding the First Amended Complaint*
[ECF No. 105] ("ESL Br."), at 6-7; *see also id.* at 23 ("Computershare [Trust Company, N.A.] was obligated to
distribute the Seritage Rights it received from Sears to Sears' shareholders.").

[4] *See* Exhibit 2, attached hereto.  These documents were also produced by Transform without Bates stamps, but were
given the control numbers CNTRL-02310265, CNTRL-02310266, and CNTRL-06556206.  For the Court's
convenience we have highlighted the references to Computershare, Inc.  There are no references in the documents to
Computershare Trust.



The Honorable Judge Drain
September 21, 2020
Page 3

contradicts the factual claims made by defendants in their motion that Computershare Trust was responsible for handling the funds raised by the equity subscriptions.[5]

Plaintiffs respectfully contend that Defendants' motions to dismiss must be denied to the extent based on section 546(e).[6]  And even if the Court concludes otherwise, Plaintiffs could, if required, now affirmatively plead, by way of an amendment to the relevant counts, that no bank, trust company, or financial institution acted as Sears's agent in connection with the Seritage Rights Offering.

Sincerely,

*/s/ David M. Zensky*

David M. Zensky

cc:      All Counsel of Record (via email)

---

[5] *See* ESL Br. at 24 ("To consummate the Seritage Rights Offering, Computershare [Trust] was required to hold [the] funds [paid by the Sears shareholders] in payment for [the Seritage] shares in escrow . . . pending completion of the rights offering' . . . .").

[6] To be clear, Plaintiffs are not asking the Court to make any factual findings or rule on the ultimate merits of Defendants' alleged safe-harbor defense based upon the documents attached hereto or any other documents on the current record; rather, the documents attached hereto are meant to further support Plaintiffs' argument that it is premature and procedurally inappropriate to determine at this stage whether Sears may be considered a financial institution because of the purported involvement of Computershare Trust.

# Exhibit 1



**Georgeson Inc.**
480 Washington Blvd., 26th Floor
Jersey City, NJ 07310
www.georgeson.com

June 3, 2015

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, Illinois 60179

Re:   Letter of Agreement

This Letter of Agreement, including the Appendix attached hereto (collectively, this "Agreement"), sets forth the terms and conditions of the engagement of Georgeson Inc. ("Georgeson") by Sears Holdings Corporation (the "Company") to act as Information Agent in connection with the distribution of transferable subscription rights to stockholders of the Company to purchase common shares of beneficial interest of Seritage Growth Properties, a Maryland real estate investment trust (the "Offer").  The term of the Agreement shall be the term of the Offer, including any extensions thereof.

(a) Services. Georgeson shall perform the services described in the Fees & Services Schedule attached hereto as Appendix I (such services, collectively, the "Services").

(b) Fees.  In consideration of Georgeson's performance of the Services, the Company shall pay Georgeson the amounts, and pursuant to the terms, set forth on the Fees & Services Schedule attached hereto as Appendix I, together with the Expenses (as defined below).  The Company acknowledges and agrees that the Fees & Services Schedule shall be subject to adjustment, as reasonably agreed in advance between the Company and Georgeson, if the Company requests Georgeson to provide services with respect to additional matters or a revised scope of work beyond the Services.

(c) Expenses.  In addition to the fees and charges described in paragraphs (b) and (d) hereof, Georgeson shall charge the Company, and the Company shall be solely responsible, for the following reasonable and properly documented  costs and expenses (collectively, the "Expenses"):

   ∗   Reasonable costs and customary expenses incidental to the Offer, including without limitation the mailing or delivery of Offer materials;

**Georgeson**

Sears Holdings Corporation
June 3, 2015
Page 2

    ∗   Reasonable costs and customary expenses relating to Georgeson's work with its agents or other parties involved in the Offer, including without limitation charges for bank threshold lists, data processing, telephone directory assistance, facsimile transmissions or other forms of electronic communication;

    ∗   Reasonable costs and customary expenses incurred by Georgeson at the Company's request or for the Company's convenience, including without limitation for copying, printing of additional and/or supplemental material; and

    ∗   any other reasonable costs and customary expenses authorized by the Company in advance during the course of the Offer, including without limitation those relating to advertising (including production and posting), media relations and analytical services;

    provided, that Georgeson shall notify the Company prior to incurring any reimbursable fees and expenses in excess of an aggregate of $2,500.

The Company shall pay all applicable taxes (other than income taxes) incurred in connection with the delivery of the Services or Expenses.

(d) Custodial Charges.  Georgeson agrees to check, itemize and pay on the Company's behalf the charges of brokers and banks, for forwarding the Company's offering material to beneficial owners.  The Company shall reimburse Georgeson for such broker and bank charges in the manner described in the Fees & Services Schedule.

(e) Compliance with Applicable Laws.  The Company and Georgeson hereby represent to one another that each shall  comply with all applicable laws relating to the Offer, including, without limitation, the Securities Act of 1933, as amended, and the Securities Exchange Act of 1934, as amended, and the rules and regulations promulgated thereunder.

(f) Indemnification; Limitation of Liability.

    (i) The Company shall indemnify and hold harmless Georgeson, its affiliates and their respective stockholders, officers, directors, employees and agents from and against any and all losses, claims, damages, costs, charges, counsel fees and expenses, payments, expenses and liability (collectively, "Losses") arising out of or relating to the performance of the Services, including the reasonable costs and expenses of defending against any Loss or enforcing this Agreement, except to the extent such Losses shall have been determined by the parties, themselves, or a court of competent jurisdiction to be a result of Georgeson's gross negligence or willful misconduct.

    (ii) Notwithstanding anything herein to the contrary, but without limiting the Company's indemnification obligations set forth in clause (i) above, neither party shall be liable for any incidental, indirect, special or consequential damages of



Sears Holdings Corporation
June 3, 2015
Page 3

any nature whatsoever, including, but not limited to, loss of anticipated profits, occasioned by a breach of any provision of this Agreement, even if apprised of the possibility of such damages.

(iii) Any liability whatsoever of Georgeson, its affiliates or any of their respective stockholders, officers, directors, employees or agents hereunder or otherwise relating to or arising out of performance of the Services will be limited in the aggregate to three times the fees and charges paid hereunder by the Company to Georgeson.

(iv) This paragraph (f) shall survive the termination of this Agreement.

(g) Governing Law.  This Agreement shall be governed by the substantive laws of the State of New York without regard to its principles of conflicts of laws, and shall not be modified in any way, unless pursuant to a written agreement which has been executed by each of the parties hereto.  The parties agree that any and all disputes, controversies or claims arising out of or relating to this Agreement (including any breach hereof) shall be subject to the jurisdiction of the federal and state courts in New York County, New York and the parties hereby waive any defenses on the grounds of lack of personal jurisdiction of such courts, improper venue or forum non conveniens.  The parties waive all right to trial by jury in any action, proceeding or counterclaim arising out of this Agreement.

(h) Relationship.  The Company agrees and acknowledges that Georgeson shall be the primary information agent retained by the Company in connection with the Offer.  This shall have no effect on the ability of Seritage Growth Properties to retain agents (information or otherwise) of their own.

(i) Confidentiality.  Georgeson agrees to preserve the confidentiality of (i) all non-public information provided by the Company or its agents for Georgeson's use in fulfilling its obligations hereunder and (ii) any information developed by Georgeson based upon such non-public information (collectively, "Confidential Information").   For purposes of this Agreement, Confidential Information shall not be deemed to include any information which (w) is or becomes generally available to the public other than as a result of a disclosure by Georgeson or any of its officers, directors, employees, agents or affiliates; (x) was available to Georgeson on a nonconfidential basis and in accordance with law prior to its disclosure to Georgeson by the Company; (y) becomes available to Georgeson on a nonconfidential basis and in accordance with law from a person other than the Company or any of its officers, directors, employees, agents or affiliates who is not otherwise bound by a confidentiality agreement with the Company or is not otherwise prohibited from transmitting such information to a third party; or (z) was independently and lawfully developed by Georgeson without access to the Confidential Information.  The Company agrees that all reports, documents and other work product provided to the Company by Georgeson pursuant to the terms of this Agreement are for the exclusive use of the Company and may not be disclosed to any other person or entity (other than Company representatives, employees and agents) without the prior written consent



Sears Holdings Corporation
June 3, 2015
Page 4

of Georgeson.  The confidentiality obligations set forth in this paragraph shall survive the termination of this Agreement

(j)  Entire Agreement; Appendix.  This Agreement constitutes the entire agreement and supersedes all prior agreements and understandings, both written and oral, between the parties hereto with respect to the subject matter hereof.  The Appendix to this Agreement shall be deemed to be incorporated herein by reference as if fully set forth herein.  This Agreement shall be binding upon all successors to the Company (by operation of law or otherwise).

[Signature page follows.]



Sears Holdings Corporation
June 3, 2015
Page 5

**If the above is acceptable, please execute and return the enclosed duplicate of this Agreement to Georgeson Inc., 480 Washington Blvd. – 26th floor, Jersey City, NJ 07310, Attention: Steven M. Pantina.**

Sincerely,

GEORGESON INC.

By:

_Steven M. Pantina_ (signature)
_____
Steven M. Pantina

Title: _____Senior Managing Director_____

Agreed to and accepted as of
the date first set forth above:

SEARS HOLDINGS CORPORATION

By: _____
Rob A. Riecker

Title: Controller and Chief Accounting Officer_

*Georgeson*

Sears Holdings Corporation
June 3, 2015
Page 5

**If the above is acceptable, please execute and return the enclosed duplicate of this Agreement to Georgeson Inc., 480 Washington Blvd. — 26th floor, Jersey City, NJ 07310, Attention: Steven M. Pantina.**

Sincerely,

GEORGESON INC.

By: _____
                Steven M. Pantina

Title: _____Senior Managing Director_____

Agreed to and accepted as of
the date first set forth above:

SEARS HOLDINGS CORPORATION

By: _____
            Rob A. Riecker

Title: Controller and Chief Accounting Officer_



**APPENDIX I**

### SEARS HOLDINGS CORPORATION
### FEES & SERVICES SCHEDULE

BASE SERVICES                                                              $10,000
* Advance review of Offer documents
* Strategic advice relating to the Offer
* Assistance in preparation of advertisements and news releases
* Dissemination of Offer documents to bank and broker community
* Dissemination of Offer documents to registered holders of Sears
  Holdings common stock
* Dissemination of Offer documents to holders of subscription rights, as
  requested by such holders
* Communication with bank and broker community during the Offer
* Provide information to holders of subscription rights regarding the
  rights offering, including the exercise and/or transferability of the rights
* Call center staffing and training
* Provide progress updates to the Company, as requested

ADDITIONAL INFORMATION AGENT FEES
* Direct communication with holders of subscription rights, including a          TBD
  dedicated toll-free telephone number to respond to inquiries of non-
  broker-dealers and dedicated e-mail address
    * $6.50 per communication (incoming and outgoing)
      Parties agree that the first 500 communications (incoming and
      outgoing) will be included in the base fee

PRINT/MAIL FEE SCHEDULE (IF REQUIRED)
    * Mailing
        o Inkjet Name and Address on envelope insert up to 3 pieces      1.00/acct
        o Insert 4+ pieces                                               6.00/M/piece
        o Hand Insertion                                                 70.00/M
    * Printing
        o Print 8 1/2 x 11 simplex                                       55.00/M
        o Print slip sheets                                              55.00/M
        o Print 8 1/2 x 11 duplex                                        97.50.M
        o Imprint Tag Line on Outside Envelope                           10.00/M
        o Imprint Indecia on Envelope                                    10.00/M
        o Imprint Return Address on Envelope                             10.00/M
        o Imprint OSE- each pass                                         10.00/M
        o Purchase 24# Brown Kraft Envelope                              58.80/M
        o Purchase 9 x 12 Booklet 24 Window Envelope                     156.80/M
* *Services other than those listed above will be bid at time of request.

**Georgeson**

Sears Holdings Corporation
June 3, 2015
Page 7

<div style="border:1px solid black; padding:10px">

<div align="center">**FEE PAYMENT INSTRUCTIONS**</div>

The Company shall pay Georgeson as follows:

∗   Within sixty (60) days after the execution of this Agreement, the Company shall pay Georgeson $10,000, which amount is in consideration of Georgeson's commitment to represent the Company and is non-refundable;

∗   If applicable, immediately prior to the commencement of the mailing, the Company shall advance to Georgeson a portion of anticipated custodial charges; as described in paragraph (d) of this Agreement; and

∗   Upon completion of the Offer, within sixty (60) days, the Company shall pay Georgeson the sum of (i) any variable fees as described above under "Additional Services" which have accrued over the course of the Offer, (ii) all unreimbursed custodial charges, as described in paragraph (d) of this Agreement, and (iii) all Expenses

Georgeson will send the Company an invoice for each of the foregoing payments, which invoices will include written transfer instructions.

</div>

# Exhibit 2

| | |
|---|---|
| **To:** | Joye, Jennifer[Jenny.Joye@searshc.com]; Houghton-Lynch, Nancy[nhlynch@sracweb.com]; Drosopoulos, Jennifer L[JenniferL.Drosopoulos@searshc.com]; Wiest, Mike[Mike.Wiest@searshc.com] |
| **Cc:** | Stopen, Keith[Keith.Stopen@searshc.com]; Brokke, Sonia[Sonia.Brokke@searshc.com]; Kidd, Bryan[BKIDD@searshc.com] |
| **From:** | Goodin, Jon[/O=KMART CORPORATION/OU=KIHSITE1/CN=RECIPIENTS/CN=JGOODIN] |
| **Sent:** | Wed 7/8/2015 12:51:32 PM (UTC) |
| **Subject:** | RE: 7/7 Kmart receipts |

Jen (Drosopoulos), can you also assist with the coding for these funds received yesterday?

Mike, can you respond to the question in the second table?

Thanks

**Jon Goodin**
**Accounting & Sarbanes-Oxley Manager**
**Sears Holdings Corporation**
**3333 Beverly Road (B5-094A), Hoffman Estates, IL**
**jon.goodin@searshc.com**
**Office: (847) 286-0986**

---

**From:** Joye, Jennifer
**Sent:** Wednesday, July 08, 2015 6:28 AM
**To:** Houghton-Lynch, Nancy; Goodin, Jon
**Subject:** 7/7 Kmart receipts

Good morning,

Please provide coding for the funds received yesterday:

| Date | Processed to GL | Account Number | Match | BAI Code | Amount | GL Unit | GL Account | Category | Debit/Credit | Description | BAI Record |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/07/2015 | null | 4427577769 | NODESCRIPTION | 195 | 2,940,500.00 | 36461 | 10262 | category 100 | CREDIT | Incoming Money Transfer | 294050000,0,0,00370308689,0000000000/WIRE TYPE:WIRE IN DATE:070715 TIME:1643 ET TRN:2015070700308689 SNDR REF:20151880849700 SERVICE REF:20150707L1B78J1C002960 RELATED REF: ORIG:FIRST AMERICAN TITLE INSURANCE COMP ATTN ESCROW TRUST ACCOUNTING 9000 E PIMA CENTER PARKWAY SCOTTSDALE AZ 85258 ID:3022880000 ORG BK: ID: INS BK: ID: SND BK:FIRST AMERICAN TRUST FSB ID:122241255 BNF:KMART CORP ID:4427577769 BNF BK: ID: PAYMENT DETAILS: FOR FURTHER CREDIT TO KMART OF MARIN ACCESS LLC SERITAGE NCS 700526 DW BEGIN 89732 2288 529 7360687 700526 END |
| 07/07/2015 | null | 4427577769 | NODESCRIPTION | 195 | 6,237,550.00 | 36461 | 10262 | category 100 | CREDIT | Incoming Money Transfer | 623755000,0,0,00370308687,0000000000/WIRE TYPE:WIRE IN DATE:070715 TIME:1643 ET TRN:2015070700308687 SNDR REF:20151880849300 SERVICE REF:20150707L1B78J1C002957 RELATED REF: ORIG:FIRST AMERICAN TITLE INSURANCE COMP ATTN ESCROW TRUST ACCOUNTING 9000 E PIMA CENTER PARKWAY SCOTTSDALE AZ 85258 ID:3022880000 ORG BK: ID: INS BK: ID: SND BK:FIRST AMERICAN TRUST FSB ID:122241255 BNF:KMART CORP ID:4427577769 BNF BK: ID: PAYMENT DETAILS: FOR FURTHER CREDIT TO KMART OF WASHINGTON LLC SERITAGE NCS 700526 DW BEGIN 89734 2288 529 7360684 700526 END |
| 07/07/2015 | null | 4427577769 | NODESCRIPTION | 195 | 31,559,437.50 | 36461 | 10262 | category 100 | CREDIT | Incoming Money Transfer | 3155943750,0,0,00370308684,0000000000/WIRE TYPE:WIRE IN DATE:070715 TIME:1643 ET TRN:2015070700308684 |

| Date | Processed to GL | Account Number | Match | BAI Code | Amount | GL Unit | GL Account | Category | Debit/Credit | Description | BAI Record |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/07/201 5 | null | 442757776 9 | NODESCRIPTIO N | 195 | 35,467,021.97 | 3646 1 | 10262 | categor y 100 | CREDIT | Incoming Money Transfer | 3546702197,0,0,00370323370,0000000000/ WIRE TYPE:WIRE IN DATE:070715 TIME:1732 ET TRN:2015070700323370 SNDR REF:2015070700034968 SERVICE REF:20150707D3B74VBC001256 RELATED REF:SERITAGE ORIG:SERITAGE KMT MEZZANINE FINANCE SEARS HOLDINGS MANAGEMENT CORP AS A 3333 BEVERLY RD HOFFMAN ESTATES IL 60179-0001 ID:4645219876 ORG BK:PNC BANK N KENTUCKY ID: INS BK: ID: SND BK:PNC BANK NATIONAL ASSOCIATI ID:041000124 BNF:KMART CORP ID:4427577769 BNF BK: ID: PAYMENT DETAILS: SERITAGE |
| 07/07/201 5 | null | 442757776 9 | NODESCRIPTIO N | 195 | 104,676,048.1 1 | 3646 1 | 10262 | categor y 100 | CREDIT | Incoming Money Transfer | 10467604811,0,0,00370324713,0000000000/ WIRE TYPE:WIRE IN DATE:070715 TIME:1741 ET TRN:2015070700324713 SNDR REF:2015070700035143 SERVICE REF:20150707D3B74VFC001711 RELATED REF:SERITAGE ORIG:SERITAGE KMT FINANCE LLC SEARS HOLDINGS MANAGEMENT CORP AS AGENT O 3333 BEVERLY RD HOFFMAN ESTATES IL 60179-0001 ID:4645219833 ORG BK:PNC BANK N KENTUCKY ID: INS BK: ID: SND BK:PNC BANK NATIONAL ASSOCIATI ID:041000124 BNF:KMART CORP ID:4427577769 BNF BK: ID: PAYMENT DETAILS: SERITAGE |
| 07/07/201 5 | null | 442757776 9 | NODESCRIPTIO N | 191 | 257,803,861.1 7 | 3646 1 | 10262 | categor y 100 | CREDIT | Individual Incoming Internal Money Transfer | 25780386117,0,0,00370289505,0000000000/ WIRE TYPE:BOOK IN DATE:070715 TIME:1551 ET TRN:2015070700289505 SNDR REF:1577F420300T2933 SERVICE REF: RELATED REF: ORIG:COMPUTERSHARE INC AS AGT FOR CORP ACTION FUND VARIOUS 250 ROYALL ST ATTN: RECON MGR CANTON MA 02021-1011 ID:004602291022 ORG BK: ID: INS BK:CASHPRO-ONLINE ID:CPOP SND BK: ID: BNF:KMART CORPORATION KMART MISC WIRES PO BOX 2295 OMAHA NE 68103 ID:004427577769 BNF BK: ID: PAYMENT DETAILS: REF Seritage SHLD Wire 2 |

(Note: the first data row's BAI Record cell — partially visible header text) SNDR REF:20151880849000 SERVICE REF:20151880002954 RELATED REF: ORIG:FIRST AMERICAN TITLE INSURANCE COMP ATTN ESCROW TRUST ACCOUNTING 9000 E PIMA CENTER PARKWAY SCOTTSDALE AZ 85258 ID:3022880000 ORG BK: ID: INS BK: ID: SND BK:FIRST AMERICAN TRUST FSB ID:122241255 BNF:KMART CORP ID:4427577769 BNF BK: ID: PAYMENT DETAILS: FOR FURTHER CREDIT TO PLAZA GUAYNABO LP SERITAGE NCS 700526 DW BEGIN 89739 2288 529 1360679 700526 END

And please confirm the outbound funds get treated as any other SFHC transfer.

| Date | Processed to GL | Account Number | Match | BAI Code | Amount | GL Unit | GL Account | Category | Debit/Credit | Description | BAI Record |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/07/2015 | null | 4427082102 | %SEARS FINANCIAL HOLDING CORP% | 491 | 438,684,418.75 | 08504 | 10263 | category 100 | DEBIT | Individual Outgoing Internal Money Transfer | 00370321133,0000000000/WIRE TYPE:BOOK OUT DATE:070715 TIME:1748 ET TRN:2015070700321133 FED IMAD: RELATED REF:SFHC ORIG: ID: BNF:SEARS FINANCIAL HOLDING CORPORATION SFHC-OPERATING ACCOUNT 3711 KENNETT PIKE STE 120 |

GREENVILLE DE 19807
BNF BK: ID:
INT BK: ID: RECV BK: ID:
PAYMENT DETAILS: SFHC

Jennifer Joye  |  Cash Analyst  |  Sears Roebuck Acceptance Corp.

3711 Kennett Pike  |  Suite 120  |  Greenville, DE 19807

jjohnst1@searshc.com  |  PHONE 302.434.3114  |  FAX 847.747.1469

*ALL DISBURSEMENT AND RESEARCH REQUESTS SHOULD BE SENT TO ENTIRE TEAM: CASHMANAGEMENT@SEARSHC.COM*

**To:** Joye, Jennifer[Jenny.Joye@searshc.com]; Houghton-Lynch, Nancy[nhlynch@sracweb.com]; Drosopoulos, Jennifer L[JenniferL.Drosopoulos@searshc.com]; Wilczak, Tom[Tom.Wilczak@searshc.com]; Huron; Mollie[mollie.huron@searshc.com]

**Cc:** Wiest, Mike[Mike.Wiest@searshc.com]; Stopen, Keith[Keith.Stopen@searshc.com]; Kidd, Bryan[BKIDD@searshc.com]; Brokke, Sonia[Sonia.Brokke@searshc.com]

**From:** Goodin, Jon[/O=KMART CORPORATION/OU=KIHSITE1/CN=RECIPIENTS/CN=JGOODIN]

**Sent:** Wed 7/8/2015 12:48:41 PM (UTC)

**Subject:** RE: 7/7 Sears receipts

Jen (Drosopoulos),

Can you assist with the coding for the first group below?  The second and third refer to GGP and Simon, so could be JV related.  The remainder reference Seritage.

Mollie/Tom,

Could you advise on the second table with the coding for the fuel hedge?

Thanks

**Jon Goodin**
**Accounting & Sarbanes-Oxley Manager**
**Sears Holdings Corporation**
**3333 Beverly Road (B5-094A), Hoffman Estates, IL**
**jon.goodin@searshc.com**
**Office: (847) 286-0986**

---

**From:** Joye, Jennifer
**Sent:** Wednesday, July 08, 2015 7:04 AM
**To:** Houghton-Lynch, Nancy; Goodin, Jon
**Subject:** 7/7 Sears receipts

Good morning,

Please provide coding for the funds received yesterday:

| Date | Processed to GL | Account Number | Match | BAI Code | Amount | GL Unit | GL Account | Category | Debit/Credit | Description | Transaction ID | BAI Record |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/07/2015 | null | 4451035468 | NODESCRIPTION | 195 | 10,602,667.67 | 3646 1 | 10258 | category 100 | CREDIT | Incoming Money Transfer | | 1060266767,0,0,00370308594,0000000000/WIRE TYPE:WIRE IN DATE:070715 TIME:1642 ET TRN:2015070700308594 SNDR REF:20151880847800 SERVICE REF:20150707L1B78J1C002951 RELATED REF: ORIG:FIRST AMERICAN TITLE INSURANCE COMP ATTN ESCROW TRUST ACCOUNTING 9000 E PIMA CENTER PARKWAY SCOTTSDALE AZ 85258 ID:3022880000 ORG BK: ID: INS BK: ID: SND BK:FIRST AMERICAN TRUST FSB ID:122241255 BNF:SEARS ROEBUCK AND CO ID:4451035468 BNF BK: ID: PAYMENT DETAILS: FOR FURTHER CREDIT TO SEARS DEVELOPMENT CO. SERITAGE NCS 700526 DW BEGIN 89736 2288 529 7360682 700526 END |
| 07/07/2015 | null | 4451035468 | NODESCRIPTION | 195 | 33,299,980.80 | 3646 1 | 10258 | category 100 | CREDIT | Incoming Money Transfer | | 3329998080,0,0,00370289460,0000000000/WIRE TYPE:WIRE IN DATE:070715 TIME:1551 ET TRN:2015070700289460 SNDR REF:150707027770 SERVICE REF:20150707L3LF151C002782 RELATED REF:150707027770 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | ORIG:GGP NIMBUS LLC ATTN ORRI [...] KER DR CHICAGO IL 60606 ID:000104791443336 ORG BK: ID: INS BK: ID: SND BK:US BANK NA ID:091000022 BNF:SEARS ROEBUCK AND CO:4451035468 BNF BK: ID: PAYMENT DETAILS: 150707027770 |
| 07/07/2015 | null | 4451035468 | NODESCRIPTION | 195 | 33,299,980.80 | 36461 | 10258 | category 100 | CREDIT | Incoming Money Transfer | 3329998080,0,0,00370290440,0000000000/WIRE TYPE:WIRE IN DATE:070715 TIME:1554 ET TRN:2015070700290440 SNDR REF:2015070700030709 SERVICE REF:20150707D3B74VFC001466 RELATED REF:201507743611ISCW ORIG:SIMON PROPERTY GROUP LP 3641 SIMON PROPERTY GROUP LP ARP FS 225 W WASHINGTON ST INDIANAPOLIS IN 46204-3435 ID:4622330555 ORG BK:PNC BANK N KENTUCKY ID: INS BK: ID: SND BK:PNC BANK NATIONAL ASSOCIATI ID:041000124 BNF:SEARS ROEBUCK AND CO. ID:4451035468 BNF BK: ID: PAYMENT DETAILS: 201507743611ISCW SIMON PROPERTY GROUP |
| 07/07/2015 | null | 4451035468 | NODESCRIPTION | 195 | 198,151,374.22 | 36461 | 10258 | category 100 | CREDIT | Incoming Money Transfer | 19815137422,0,0,00370323414,0000000000/WIRE TYPE:WIRE IN DATE:070715 TIME:1732 ET TRN:2015070700323414 SNDR REF:2015070700034969 SERVICE REF:20150707D3B74V9C001452 RELATED REF:SERITAGE ORIG:SERITAGE SRC MEZZANINE FINANCE LLC SEARS HOLDINGS MANAGEMENT CORP AS A 3333 BEVERLY RD HOFFMAN ESTATES IL 60179-0001 ID:4645219884 ORG BK:PNC BANK N KENTUCKY ID: INS BK: ID: SND BK:PNC BANK NATIONAL ASSOCIATI ID:041000124 BNF:SEARS ROEBUCK CO ID:4451035468 BNF BK: ID: PAYMENT DETAILS: SERITAGE |
| 07/07/2015 | null | 4451035468 | NODESCRIPTION | 191 | 258,245,090.37 | 36461 | 10258 | category 100 | CREDIT | Individual Incoming Internal Money Transfer | 25824509037,0,0,00371290164,0000000000/WIRE TYPE:BOOK IN DATE:070715 TIME:1554 ET TRN:2015070700290164 SNDR REF:1577F42035FU0L07 SERVICE REF: RELATED REF: ORIG:COMPUTERSHARE INC AS AGT FOR CORP ACTION FUND VARIOUS 250 ROYALL ST ATTN: RECON MGR CANTON MA 02021-1011 ID:004602291022 ORG BK: ID: INS BK:CASHPRO-ONLINE ID:CPOP SND BK: ID: BNF:SEARS ROEBUCK AND CO SEARS CONCENTRATION 3333 BEVERLY RD B5-172 HOFFMAN ESTATES IL 60179 ID:004451035468 BNF BK: ID: PAYMENT DETAILS: REF Seritage SHLD Wire 1 |
| 07/07/2015 | null | 4451035468 | NODESCRIPTION | 195 | 584,816,588.09 | 36461 | 10258 | category 100 | CREDIT | Incoming Money Transfer | 58481658809,0,0,00370323472,0000000000/WIRE TYPE:WIRE IN DATE:070715 TIME:1732 ET TRN:2015070700323472 SNDR REF:2015070700034967 SERVICE REF:20150707D3B74VHC001671 RELATED REF:SERITAGE ORIG:SERITAGE SRC FINANCE LLC SEARS HOLDINGS MANAGEMENT CORP AS AGENT O 3333 BEVERLY RD HOFFMAN ESTATES IL 60179-0001 ID:4645219841 ORG BK:PNC BANK N KENTUCKY ID: INS BK: ID: SND BK:PNC BANK NATIONAL ASSOCIATI ID:041000124 BNF:SEARS ROEBUCK CO ID:4451035468 BNF BK: ID: PAYMENT DETAILS: SERITAGE |

| Date | | Account Number | Match | BAI Code | Amount | | | Category | Debit/Credit | Description | | BAI Record |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/07/2015 | null | 4451035468 | NODESCRIPTION | 191 | 999,999,999.99 | 36461 | 10258 | category 100 | CREDIT | Individual Incoming Internal Money Transfer | | 99999999999,0,0,00370290164,0000000000/WIRE TYPE:BOOK IN DATE:070715 TIME:1554 ET TRN:2015070700290164 SNDR REF:1577F42035FU0L07 SERVICE REF: RELATED REF: ORIG:COMPUTERSHARE INC AS AGT FOR CORP ACTION FUND VARIOUS 250 ROYALL ST ATTN: RECON MGR CANTON MA 02021-1011 ID:004602291022 ORG BK: ID: INS BK:CASHPRO-ONLINE ID:CPOP SND BK: ID: BNF:SEARS ROEBUCK AND CO SEARS CONCENTRATION 3333 BEVERLY RD B5-172 HOFFMAN ESTATES IL 60179 ID:004451035468 BNF BK: ID: PAYMENT DETAILS: REF Seritage SHLD Wire 1 |

And these outgoing funds did not have GL coding on the form:

| Date | Processed to GL | Account Number | Match | BAI Code | Amount | GL Unit | GL Account | Category | Debit/Credit | Description | Transaction ID | BAI Record |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/07/2015 | null | 4451035468 | NODESCRIPTION | 491 | 735,215.00 | 36461 | 10258 | category 100 | DEBIT | Individual Outgoing Internal Money Transfer | | 00370255030,0000000000/WIRE TYPE:BOOK OUT DATE:070715 TIME:1409 ET TRN:2015070700255030 FED IMAD: RELATED REF:1577B13343VS0T06 ORIG: ID: BNF:BANK OF AMERICA NA - CREDIT DERIVTV C/O BANK OF AMERICA NA CHARLOTTE 100 N TRYON ST CHARLOTTE NC 28255 ID:006550419304 BNF BK: ID: INT BK: ID: RECV BK: ID: PAYMENT DETAILS: Settlement of expiring contract in fuel hedge. Ref Sears Holdings Corp |

And the Sears to SRAC funds are all matching the rule to post on the usual Note in Divn 0910:

| Date | Processed to GL | Account Number | Match | BAI Code | Amount | GL Unit | GL Account | Category | Debit/Credit | Description | BAI Record |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/07/2015 | null | 4451035468 | %Book Out%4451059512% | 491 | 619,300,000.00 | 35486 | 15181 | category 100 | DEBIT | Individual Outgoing Internal Money Transfer | 00370322359,0000000000/WIRE TYPE:BOOK OUT DATE:070715 TIME:1758 ET TRN:2015070700322359 FED IMAD: RELATED REF:1577H17021LR0Q25 ORIG: ID: BNF:SEARS ROEBUCK ACCEPTANCE CORP SRAC - OPERATING ACCOUNT 3711 KENNETT PIKE GREENVILLE DE 19807 ID:004451059512 BNF BK: ID: INT BK: ID: RECV BK: ID: PAYMENT DETAILS: Intercompany Note |
| 07/07/2015 | null | 4451035468 | %Book Out%4451059512% | 491 | 995,000,000.00 | 35486 | 15181 | category 100 | DEBIT | Individual Outgoing Internal Money Transfer | 00370322357,0000000000/WIRE TYPE:BOOK OUT DATE:070715 TIME:1738 ET TRN:2015070700322357 FED IMAD: RELATED REF:1577H163351T1060 ORIG: ID: BNF:SEARS ROEBUCK ACCEPTANCE CORP SRAC - OPERATING ACCOUNT 3711 KENNETT PIKE GREENVILLE DE 19807 ID:004451059512 |

| 07/07/2015 | null | | 4451035468 | %Book Out%4451059512% | 491 | **996,000,000.00** | 35486 | 15181 | category 100 | DEBIT | Individual Outgoing Internal Money Transfer | BNF BK: ID: INT BK: ID: RECV BK: ID: PAYMENT DETAILS: Intercompany Note 00370322358,0000000000/WIRE TYPE:BOOK OUT DATE:070715 TIME:1728 ET TRN:2015070700322358 FED IMAD: RELATED REF:1577H16050GS1387 ORIG: ID: BNF:SEARS ROEBUCK ACCEPTANCE CORP SRAC - OPERATING ACCOUNT 3711 KENNETT PIKE GREENVILLE DE 19807 ID:004451059512 BNF BK: ID: INT BK: ID: RECV BK: ID: PAYMENT DETAILS: Intercompany Note |

Thanks.

**Jennifer Joye | Cash Analyst | Sears Roebuck Acceptance Corp.**

**3711 Kennett Pike | Suite 120 | Greenville, DE 19807**

**jjohnst1@searshc.com | PHONE 302.434.3114 | FAX 847.747.1469**

*ALL DISBURSEMENT AND RESEARCH REQUESTS SHOULD BE SENT TO ENTIRE TEAM: CASHMANAGEMENT@SEARSHC.COM*

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                                    **07/15/2015 12:08:32 PM**

| PNC, MIDWEST | 071921891 | USD |
|---|---|---|
| **Seritage KMT Finance LLC SEARS** | **4645219833** | **As of Date: July 07, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $104,676,048.11  1 Item(s) | | |
| Total Debits | $104,676,048.11  1 Item(s) | | |

## Credit Summary

Wire Transfer In                $104,676,048.11  1 Item(s)

## Debit Summary

Wire Transfer Out               $104,676,048.11  1 Item(s)

## Credits

**Wire Transfer In**

**Money Transfer CR-Wire**

| Amount | Reference Number | 0-Day Float | 1-Day Float | 2+Day Float |
|---|---|---|---|---|
| | Reference Detail | | | |
| $104,676,048.11 | 150707033406 | $104,676,048.11 | $0.00 | $0.00 |

FED WIRE IN 033406 ORIGINATOR:FIRST AMERICAN TITLE INSURANCE COMP
AC/3022880000 ATTN ESCROW TRUST ACCOUNTING 9000 E PIMA/ CENTER
PARKWAY SCOTTSDALE AZ 85258 FIRST AMERICAN TRUST FSB ABA:122241255
OBI:PROCEEDS SPLIT NCS 700526 DW BBI:BEGIN8974222885297360676700526
END BENEFICIARY:SERITAGE KMT FINANCE LLCSEARS AC/4645219833
SERITAGE KMT FINANCE LLC 4645219833 TRN:150707033406 FEDREF:02948
DATE:150707 TIME:1642

| $104,676,048.11 | **Money Transfer CR-Wire Total** | $104,676,048.11 | $0.00 | $0.00 |
|---|---|---|---|---|
| $104,676,048.11 | **Wire Transfer In Total** | | | |

**$104,676,048.11   Credit Transactions Total**

## Debits

**Wire Transfer Out**

**Money Transfer DB - Wire**

| Amount | Reference Number | Reference Detail |
|---|---|---|
| $104,676,048.11 | 150707035143 | |

FED WIRE OUT 035143 ORIGINATOR:SERITAGE KMT FINANCE LLC SEARS
AC/4645219833 BENEFICIARY:Kmart Corp AC/4427577769 RFB:Seritage
RECVBNK:BANK OF AMERICA NATIONAL ASSOC ABA:026009593
TRN:150707035143 FEDREF:01711 DATE:150707 TIME:1741

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                                    **07/15/2015 12:08:33 PM**

**As Of Date:**          **July 07, 2015**

**4645219833 - Seritage KMT Finance LLC SEARS cont.**

**Debit Transactions cont.**

  **Wire Transfer Out cont.**

    **Money Transfer DB - Wire cont.**

| Amount | Reference Number | Reference Detail |
|---|---|---|
| **$104,676,048.11** | **Money Transfer DB - Wire Total** | |
| **$104,676,048.11** | **Wire Transfer Out Total** | |
| **$104,676,048.11** | **Debit Transactions Total** | |

# Previous Day Summary and Detail Report
# Seritage balances



**Date Range: July 07, 2015 to July 15, 2015**                                                07/15/2015 12:08:33 PM

| PNC, MIDWEST | 071921891 | USD |
|---|---|---|
| **Seritage SRC Finance LLC SEARS** | **4645219841** | **As of Date: July 07, 2015** |

## Account Balance Summary

| Closing Ledger | $12,725,348.50 | Opening Available | $12,725,348.50 |
|---|---|---|---|
| Closing Available | $12,725,348.50 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $597,541,936.59 | 3 Item(s) | |
| Total Debits | $584,816,588.09 | 1 Item(s) | |

## Credit Summary

| Wire Transfer In | $597,541,936.59 | 3 Item(s) |
|---|---|---|

## Debit Summary

| Wire Transfer Out | $584,816,588.09 | 1 Item(s) |
|---|---|---|

## Credits

**Wire Transfer In**

### Money Transfer CR-Wire

| Amount | Reference Number | 0-Day Float | 1-Day Float | 2+Day Float |
|---|---|---|---|---|
| | Reference Detail | | | |
| $584,816,588.09 | 150707033374 | $584,816,588.09 | $0.00 | $0.00 |

FED WIRE IN 033374 ORIGINATOR:FIRST AMERICAN TITLE INSURANCE COMP AC/3022880000 ATTN ESCROW TRUST ACCOUNTING 9000 E PIMA/ CENTER PARKWAY SCOTTSDALE AZ 85258 FIRST AMERICAN TRUST FSB ABA:122241255 OBI:PROCEEDS SPLIT NCS 700526 DW BBI:BEGIN8974422885297360674700526 END BENEFICIARY:SERITAGE SRC FINANCE LLCSEARS AC/4645219841 SERITAGE SRC FINANCE LLC 4645219841 TRN:150707033374 FEDREF:02945 DATE:150707 TIME:1641

| $12,523,640.50 | 150707033421 | $12,523,640.50 | $0.00 | $0.00 |
|---|---|---|---|---|

FED WIRE IN 033421 ORIGINATOR:FIRST AMERICAN TITLE INSURANCE COMP AC/3022880000 ATTN ESCROW TRUST ACCOUNTING 9000 E PIMA/ CENTER PARKWAY SCOTTSDALE AZ 85258 FIRST AMERICAN TRUST FSB ABA:122241255 OBI:OPERATINGACCOUNT FUNDS NCS 700526 DW BBI:BEGIN8973722885297360681700526 END BENEFICIARY:SERITAGE SRC FINANCE LLC SEARS AC/4645219841 SERITAGE SRC FINANCE LLC4645219841 TRN:150707033421 FEDREF:02956 DATE:150707 TIME:1642

| $201,708.00 | 150707030472 | $201,708.00 | $0.00 | $0.00 |
|---|---|---|---|---|

FED WIRE IN 030472 ORIGINATOR:COMPUTERSHARE INC AC/004602291022 AS AGT FOR CORP ACTION FUND VARIOUS 250 ROYALL STATTN: RECON MGR CANTON MA 02021-1011 BANK OF AMERICA/ NATIONAL ASSOC ABA:026009593 RFB:1577F4202KIU1I03 OBI:REF RIGHTS OFFERING PROCEEDS SHLD WIRE 4 BENEFICIARY:SERITAGE SRC FINANCE LLC SEARS AC/4645219841 SERITAGE SRC FINANCE LLC 4645219841 N/A N/A TRN:150707030472 FEDREF:09397 DATE:150707TIME:1546

# Previous Day Summary and Detail Report
## Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                                    **07/15/2015 12:08:33 PM**

| As Of Date: | July 07, 2015 |
|---|---|

**4645219841 - Seritage SRC Finance LLC SEARS cont.**

**Credit Transactions cont.**

  **Wire Transfer In cont.**

    **Money Transfer CR-Wire cont.**

| Amount | Reference Number | 0-Day Float | 1-Day Float | 2+Day Float |
|---|---|---|---|---|
|  | Reference Detail |  |  |  |
| $597,541,936.59 | **Money Transfer CR-Wire Total** | $597,541,936.59 | $0.00 | $0.00 |
| $597,541,936.59 | **Wire Transfer In Total** |  |  |  |
| **$597,541,936.59** | **Credit Transactions Total** |  |  |  |

### Debits

**Wire Transfer Out**

  **Money Transfer DB - Wire**

| Amount | Reference Number | Reference Detail |
|---|---|---|
| $584,816,588.09 | 150707034967 |  |
|  | FED WIRE OUT 034967 ORIGINATOR:SERITAGE SRC FINANCE LLC SEARS AC/4645219841 BENEFICIARY:Sears Roebuck & Co AC/4451035468 RFB:Seritage RECVBNK:BANK OF AMERICA NATIONAL ASSOC ABA:026009593 TRN:150707034967 FEDREF:01671 DATE:150707 TIME:1732 |  |
| $584,816,588.09 | **Money Transfer DB - Wire Total** |  |
| $584,816,588.09 | **Wire Transfer Out Total** |  |
| **$584,816,588.09** | **Debit Transactions Total** |  |

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                                        **07/15/2015 12:08:33 PM**

| PNC, MIDWEST | 071921891 | USD |
|---|---|---|
| Seritage KMT Mezzanine Finance | 4645219876 | As of Date: July 07, 2015 |

## Account Balance Summary

| | | | | |
|---|---|---|---|---|
| Closing Ledger | $0.00 | | Opening Available | $0.00 |
| Closing Available | $0.00 | | 1 Day Float | $0.00 |
| | | | 2 + Day Float | $0.00 |
| Total Credits | $35,467,021.97 | 1 Item(s) | | |
| Total Debits | $35,467,021.97 | 1 Item(s) | | |

## Credit Summary

| | | |
|---|---|---|
| Wire Transfer In | $35,467,021.97 | 1 Item(s) |

## Debit Summary

| | | |
|---|---|---|
| Wire Transfer Out | $35,467,021.97 | 1 Item(s) |

## Credits

**Wire Transfer In**

### Money Transfer CR-Wire

| Amount | Reference Number | 0-Day Float | 1-Day Float | 2+Day Float |
|---|---|---|---|---|
| | Reference Detail | | | |
| $35,467,021.97 | 150707033408 | $35,467,021.97 | $0.00 | $0.00 |
| | FED WIRE IN 033408 ORIGINATOR:FIRST AMERICAN TITLE INSURANCE COMP AC/3022880000 ATTN ESCROW TRUST ACCOUNTING 9000 E PIMA/ CENTER PARKWAY SCOTTSDALE AZ 85258 FIRST AMERICAN TRUST FSB ABA:122241255 OBI:PROCEEDS SPLIT NCS 700526 DW BBI:BEGIN8974022885297360678700526 END BENEFICIARY:SERITAGE KMT MEZZANINE FINANCE AC/4645219876 TRN:150707033408 FEDREF:02950 DATE:150707 TIME:1642 | | | |
| **$35,467,021.97** | **Money Transfer CR-Wire Total** | **$35,467,021.97** | **$0.00** | **$0.00** |
| **$35,467,021.97** | **Wire Transfer In Total** | | | |

**$35,467,021.97   Credit Transactions Total**

## Debits

**Wire Transfer Out**

### Money Transfer DB - Wire

| Amount | Reference Number | Reference Detail | | |
|---|---|---|---|---|
| $35,467,021.97 | 150707034968 | | | |
| | FED WIRE OUT 034968 ORIGINATOR:SERITAGE KMT MEZZANINE FINANCE AC/4645219876 BENEFICIARY:Kmart Corp AC/4427577769 RFB:Seritage RECVBNK:BANK OF AMERICA NATIONAL ASSOC ABA:026009593 TRN:150707034968 FEDREF:01256 DATE:150707 TIME:1731 | | | |
| **$35,467,021.97** | **Money Transfer DB - Wire Total** | | | |



# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                              **07/15/2015 12:08:34 PM**

**As Of Date:**          **July 07, 2015**

**4645219876 - Seritage KMT Mezzanine Finance cont.**

**Debit Transactions cont.**

   **Wire Transfer Out cont.**

| | |
|---:|:---|
| **$35,467,021.97** | **Wire Transfer Out Total** |

| | |
|---:|:---|
| **$35,467,021.97** | **Debit Transactions Total** |

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                                        **07/15/2015 12:08:34 PM**

| PNC, MIDWEST | 071921891 | USD |
|---|---|---|
| **Seritage SRC Mezzanine Finance** | **4645219884** | **As of Date: July 07, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $198,151,374.22  1 Item(s) | | |
| Total Debits | $198,151,374.22  1 Item(s) | | |

## Credit Summary

Wire Transfer In     $198,151,374.22  1 Item(s)

## Debit Summary

Wire Transfer Out    $198,151,374.22  1 Item(s)

## Credits

**Wire Transfer In**

**Money Transfer CR-Wire**

| Amount | Reference Number | 0-Day Float | 1-Day Float | 2+Day Float |
|---|---|---|---|---|
| | Reference Detail | | | |
| $198,151,374.22 | 150707033407 | $198,151,374.22 | $0.00 | $0.00 |

FED WIRE IN 033407 ORIGINATOR:FIRST AMERICAN TITLE INSURANCE COMP AC/3022880000 ATTN ESCROW TRUST ACCOUNTING 9000 E PIMA/ CENTER PARKWAY SCOTTSDALE AZ 85258 FIRST AMERICAN TRUST FSB ABA:122241255 OBI:PROCEEDS SPLIT NCS 700526 DW BBI:BEGIN8974322885297360675700526 END BENEFICIARY:SERITAGE SRC MEZZANINE FINANCE LLC AC/4645219884 TRN:150707033407 FEDREF:02947 DATE:150707 TIME:1642

| $198,151,374.22 | **Money Transfer CR-Wire Total** | **$198,151,374.22** | **$0.00** | **$0.00** |
|---|---|---|---|---|
| $198,151,374.22 | **Wire Transfer In Total** | | | |

**$198,151,374.22   Credit Transactions Total**

## Debits

**Wire Transfer Out**

**Money Transfer DB - Wire**

| Amount | Reference Number | Reference Detail |
|---|---|---|
| $198,151,374.22 | 150707034969 | |

FED WIRE OUT 034969 ORIGINATOR:SERITAGE SRC MEZZANINE FINANCE LLC AC/4645219884 BENEFICIARY:Sears Roebuck & Co AC/4451035468 RFB:Seritage RECVBNK:BANK OF AMERICA NATIONAL ASSOC ABA:026009593 TRN:150707034969 FEDREF:01452 DATE:150707 TIME:1732

**$198,151,374.22   Money Transfer DB - Wire Total**



# Previous Day Summary and Detail Report
## Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                                      **07/15/2015 12:08:34 PM**

**As Of Date:**                **July 07, 2015**

**4645219884 - Seritage SRC Mezzanine Finance cont.**

**Debit Transactions cont.**

   **Wire Transfer Out cont.**

_____
   **$198,151,374.22**  **Wire Transfer Out Total**
═════════════

   **$198,151,374.22**  **Debit Transactions Total**

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**

**PNC**

**07/15/2015 12:08:34 PM**

| PNC, MIDWEST | 071921891 | USD |
|---|---|---|
| Seritage Growth Properties LP | 4645219892 | As of Date: July 07, 2015 |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $60,330,773.34  1 Item(s) | | |
| Total Debits | $60,330,773.34  1 Item(s) | | |

## Credit Summary

| | |
|---|---|
| Wire Transfer In | $60,330,773.34  1 Item(s) |

## Debit Summary

| | |
|---|---|
| Wire Transfer Out | $60,330,773.34  1 Item(s) |

## Credits

**Wire Transfer In**

**Money Transfer CR-Wire**

| Amount | Reference Number | 0-Day Float | 1-Day Float | 2+Day Float |
|---|---|---|---|---|
| | Reference Detail | | | |
| $60,330,773.34 | 150707034965 | $60,330,773.34 | $0.00 | $0.00 |
| | FED WIRE IN 034965 ORIGINATOR:COMPUTERSHARE INC AC/004602291022 AS AGT FOR CORP ACTION FUND VARIOUS 250 ROYALL ST ATTN: RECON MGR CANTON MA 02021-1011 BANK OF AMERICA/ NATIONAL ASSOC ABA:026009593 RFB:1577F4202FJT0A27 OBI:REF RIGHTS OFFERING PROCEEDS SHLDWIRE 3 BENEFICIARY:SERITAGE GROWTH PROPERTIESLP SEARS AC/4645219892 SERITAGE GROWTH PROPERTIES LP 4645219892 N/A N/A TRN:150707034965 FEDREF:11128 DATE:150707 TIME:1731 | | | |
| $60,330,773.34 | **Money Transfer CR-Wire Total** | $60,330,773.34 | $0.00 | $0.00 |
| $60,330,773.34 | **Wire Transfer In Total** | | | |
| $60,330,773.34 | **Credit Transactions Total** | | | |

## Debits

**Wire Transfer Out**

**Money Transfer DB - Wire**

| Amount | Reference Number | Reference Detail |
|---|---|---|

# Previous Day Summary and Detail Report
# Seritage balances



**Date Range: July 07, 2015 to July 15, 2015**

**07/15/2015 12:08:35 PM**

**As Of Date:**        **July 07, 2015**

**4645219892 - Seritage Growth Properties LP cont.**

## Debit Transactions cont.

### Wire Transfer Out cont.

#### Money Transfer DB - Wire cont.

| Amount | Reference Number | Reference Detail |
|---|---|---|
| $60,330,773.34 | 150707034970 | |
| | FED WIRE OUT 034970 ORIGINATOR:SERITAGE GROWTH PROPERTIES LP SEARS AC/4645219892 BENEFICIARY:Seritage Growth Properties LP AC/4645219972 RFB:Seritage Closing RECVBNK:PNC BANK NATIONAL ASSOCIATION ABA:041000124 TRN:150707034970 FEDREF:01255 DATE:150707 TIME:1731 | |
| **$60,330,773.34** | **Money Transfer DB - Wire Total** | |
| **$60,330,773.34** | **Wire Transfer Out Total** | |
| **$60,330,773.34** | **Debit Transactions Total** | |

# Previous Day Summary and Detail Report
## Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**

**07/15/2015 12:08:35 PM**

**⌯ PNC**

| | | |
|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** |
| **Seritage SRC Finance LLC SEARS** | **4645219913** | **As of Date: July 07, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
## Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                                    **07/15/2015 12:08:35 PM**

| | | | |
|---|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** | |
| **SERITAGE GROWTH PROPERTIES LP** | **4645219972** | **As of Date: July 07, 2015** | |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $60,330,773.34 | Opening Available | $60,330,773.34 |
| Closing Available | $60,330,773.34 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $60,330,773.34  1 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

## Credit Summary

| | | |
|---|---|---|
| Wire Transfer In | $60,330,773.34  1 Item(s) | |

## Credits

**Wire Transfer In**

**Money Transfer CR-Wire**

| Amount | Reference Number | 0-Day Float | 1-Day Float | 2+Day Float |
|---|---|---|---|---|
| | Reference Detail | | | |
| $60,330,773.34 | 150707034991 | $60,330,773.34 | $0.00 | $0.00 |
| | FED WIRE IN 034991 ORIGINATOR:SERITAGE GROWTH PROPERTIESLP SEARS AC/4645219892 HOLDINGS MANAGEMENT CORPAS AGENT 3333 BEVERLY RD HOFFMAN ESTATES IL 60179-0001 PNC BANK NATIONAL ASSOCIATION ABA:041000124 RFB:SERITAGE CLOSING/ BENEFICIARY:SERITAGE GROWTH PROPERTIESLP AC/4645219972/ TRN:150707034991 FEDREF:01255 DATE:150707 TIME:1732 | | | |
| **$60,330,773.34** | **Money Transfer CR-Wire Total** | **$60,330,773.34** | **$0.00** | **$0.00** |
| **$60,330,773.34** | **Wire Transfer In Total** | | | |

**$60,330,773.34   Credit Transactions Total**

## Debits

No debit data to report.

# Previous Day Summary and Detail Report
# Seritage balances



**Date Range: July 07, 2015 to July 15, 2015**                                     **07/15/2015 12:08:36 PM**

| PNC, MIDWEST | 071921891 | USD |
|---|---|---|
| Seritage KMT Finance LLC SEARS | 4645219833 | As of Date: July 08, 2015 |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                    **07/15/2015 12:08:36 PM**

**PNC, MIDWEST**                    **071921891**   **USD**

**Seritage SRC Finance LLC SEARS**          **4645219841**   **As of Date: July 08, 2015**

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $12,725,348.50 | Opening Available | $12,725,348.50 |
| Closing Available | $12,725,348.50 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
## Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**

**07/15/2015 12:08:36 PM**

| PNC, MIDWEST | 071921891 | USD |
|---|---|---|
| Seritage KMT Mezzanine Finance | 4645219876 | As of Date: July 08, 2015 |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                                    **07/15/2015 12:08:36 PM**

| PNC, MIDWEST | 071921891 | USD |
|---|---|---|
| Seritage SRC Mezzanine Finance | 4645219884 | As of Date: July 08, 2015 |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**

**07/15/2015 12:08:36 PM**

**PNC**

| | | |
|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** |
| **Seritage Growth Properties LP** | **4645219892** | **As of Date: July 08, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
## Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                    **07/15/2015 12:08:37 PM**

| PNC, MIDWEST | 071921891 | USD |
|---|---|---|
| Seritage SRC Finance LLC SEARS | 4645219913 | As of Date: July 08, 2015 |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**

**07/15/2015 12:08:37 PM**

| | | |
|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** |
| **SERITAGE GROWTH PROPERTIES LP** | **4645219972** | **As of Date: July 08, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $60,330,773.34 | Opening Available | $60,330,773.34 |
| Closing Available | $60,330,773.34 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
## Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                    **07/15/2015 12:08:37 PM**

| | | |
|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** |
| **Seritage KMT Finance LLC SEARS** | **4645219833** | **As of Date: July 09, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
## Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                    **07/15/2015 12:08:37 PM**

| | | | |
|---|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** | |
| **Seritage SRC Finance LLC SEARS** | **4645219841** | **As of Date: July 09, 2015** | |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $7,474,300.50 | Opening Available | $7,474,300.50 |
| Closing Available | $7,474,300.50 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $5,251,048.00  2 Item(s) | | |

## Debit Summary

| | |
|---|---|
| Wire Transfer Out | $5,251,048.00  2 Item(s) |

---

### Credits

No credit data to report.

---

### Debits

**Wire Transfer Out**

**Money Transfer DB - Wire**

| Amount | Reference Number | Reference Detail |
|---|---|---|
| $5,034,500.00 | 150709019184 | FED WIRE OUT 019184 ORIGINATOR:SERITAGE SRC FINANCE LLC SEARS AC/4645219841 BENEFICIARY:Commonwealth Bank of Australia NY AC/8900280042 RFB:Seritage RECVBNK:BANK OF NEW YORK ABA:021000018 TRN:150709019184 FEDREF:00503 DATE:150709 TIME:1118 |
| $216,548.00 | 150709019185 | FED WIRE OUT 019185 ORIGINATOR:SERITAGE SRC FINANCE LLC SEARS AC/4645219841 BENEFICIARY:CHATHAM HEDGING ADVISORS AC/2902-4553 235 Whitehorse LaneKennett Square PA 19348 RECVBNK:MANUFACTURERS & TRADERS TRUST CO. ABA:031100092 OBI:InvNo CHA000013334 TRN:150709019185 FEDREF:00504 DATE:150709 TIME:1118 |
| **$5,251,048.00** | **Money Transfer DB - Wire Total** | |
| **$5,251,048.00** | **Wire Transfer Out Total** | |
| **$5,251,048.00** | **Debit Transactions Total** | |

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                    **07/15/2015 12:08:38 PM**

| | | |
|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** |
| **Seritage KMT Mezzanine Finance** | **4645219876** | **As of Date: July 09, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

**Credits**

No credit data to report.

**Debits**

No debit data to report.

# Previous Day Summary and Detail Report
## Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                              **07/15/2015 12:08:38 PM**

| | | |
|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** |
| **Seritage SRC Mezzanine Finance** | **4645219884** | **As of Date: July 09, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                    **07/15/2015 12:08:38 PM**

| | | |
|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** |
| **Seritage Growth Properties LP** | **4645219892** | **As of Date: July 09, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                    **07/15/2015 12:08:39 PM**

| | | |
|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** |
| **Seritage SRC Finance LLC SEARS** | **4645219913** | **As of Date: July 09, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**

**07/15/2015 12:08:39 PM**

| | | |
|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** |
| **SERITAGE GROWTH PROPERTIES LP** | **4645219972** | **As of Date: July 09, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $60,330,773.34 | Opening Available | $60,330,773.34 |
| Closing Available | $60,330,773.34 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**

**07/15/2015 12:08:39 PM**

| | | |
|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** |
| **Seritage KMT Finance LLC SEARS** | **4645219833** | **As of Date: July 10, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

**Credits**

No credit data to report.

**Debits**

No debit data to report.

# Previous Day Summary and Detail Report
## Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                    **07/15/2015 12:08:40 PM**

PNC

| PNC, MIDWEST | 071921891 | USD |
|---|---|---|
| **Seritage SRC Finance LLC SEARS** | **4645219841** | **As of Date: July 10, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $7,430,885.43 | Opening Available | $7,430,885.43 |
| Closing Available | $7,430,885.43 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $43,415.07  1 Item(s) | | |

## Debit Summary

| | |
|---|---|
| Wire Transfer Out | $43,415.07  1 Item(s) |

## Credits

No credit data to report.

## Debits

**Wire Transfer Out**

**Money Transfer DB - Wire**

| Amount | Reference Number | Reference Detail |
|---|---|---|
| $43,415.07 | 150710033690 | FED WIRE OUT 033690 ORIGINATOR:SERITAGE SRC FINANCE LLC SEARS AC/4645219841 BENEFICIARY:Tribe Consulting Group AC/000064144795 RFB:invoice #1385 RECVBNK:BANK OF AMERICA N.A. CA ABA:121000358 OBI:Reimbursement from Seritage for con sultant expenses TRN:150710033690 FEDREF:01156 DATE:150710 TIME:1456 |
| **$43,415.07** | **Money Transfer DB - Wire Total** | |
| **$43,415.07** | **Wire Transfer Out Total** | |
| **$43,415.07** | **Debit Transactions Total** | |

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**

**07/15/2015 12:08:40 PM**

| | | |
|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** |
| **Seritage KMT Mezzanine Finance** | **4645219876** | **As of Date: July 10, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                                    **07/15/2015 12:08:40 PM**

| PNC, MIDWEST | 071921891 | USD |
|---|---|---|
| **Seritage SRC Mezzanine Finance** | **4645219884** | **As of Date: July 10, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**

**07/15/2015 12:08:41 PM**

| | | |
|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** |
| **Seritage Growth Properties LP** | **4645219892** | **As of Date: July 10, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                    **07/15/2015 12:08:41 PM**

| PNC, MIDWEST | 071921891 | USD |
|---|---|---|
| Seritage SRC Finance LLC SEARS | 4645219913 | As of Date: July 10, 2015 |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
## Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**

**07/15/2015 12:08:41 PM**

| | | |
|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** |
| **SERITAGE GROWTH PROPERTIES LP** | **4645219972** | **As of Date: July 10, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $60,330,773.34 | Opening Available | $60,330,773.34 |
| Closing Available | $60,330,773.34 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00   0 Item(s) | | |
| Total Debits | $0.00   0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                                    **07/15/2015 12:08:41 PM**

**PNC**

| | | |
|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** |
| **Seritage KMT Finance LLC SEARS** | **4645219833** | **As of Date: July 13, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**

<div align="right"><strong>07/15/2015 12:08:42 PM</strong></div>

| PNC, MIDWEST | 071921891 | USD |
|---|---|---|
| **Seritage SRC Finance LLC SEARS** | **4645219841** | **As of Date: July 13, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $7,430,885.43 | Opening Available | $7,430,885.43 |
| Closing Available | $7,430,885.43 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
## Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**

**07/15/2015 12:08:42 PM**

| | | |
|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** |
| **Seritage KMT Mezzanine Finance** | **4645219876** | **As of Date: July 13, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
## Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                    **07/15/2015 12:08:42 PM**

| PNC, MIDWEST | 071921891 | USD |
|---|---|---|
| **Seritage SRC Mezzanine Finance** | **4645219884** | **As of Date: July 13, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                                    **07/15/2015 12:08:42 PM**

| | | |
|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** |
| **Seritage Growth Properties LP** | **4645219892** | **As of Date: July 13, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**

**07/15/2015 12:08:43 PM**

| | | |
|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** |
| **Seritage SRC Finance LLC SEARS** | **4645219913** | **As of Date: July 13, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

**Credits**

No credit data to report.

**Debits**

No debit data to report.

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                                   **07/15/2015 12:08:43 PM**

| | | |
|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** |
| **SERITAGE GROWTH PROPERTIES LP** | **4645219972** | **As of Date: July 13, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $60,330,773.34 | Opening Available | $60,330,773.34 |
| Closing Available | $60,330,773.34 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**

**PNC**

**07/15/2015 12:08:43 PM**

| | | |
|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** |
| **Seritage KMT Finance LLC SEARS** | **4645219833** | **As of Date: July 14, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

**Credits**

No credit data to report.

**Debits**

No debit data to report.

# Previous Day Summary and Detail Report
## Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                                    **07/15/2015 12:08:43 PM**

| | | |
|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** |
| **Seritage SRC Finance LLC SEARS** | **4645219841** | **As of Date: July 14, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $7,005,483.53 | Opening Available | $7,005,483.53 |
| Closing Available | $7,005,483.53 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $425,401.90  1 Item(s) | | |

## Debit Summary

| | |
|---|---|
| Wire Transfer Out | $425,401.90  1 Item(s) |

### Credits

No credit data to report.

### Debits

**Wire Transfer Out**

**Money Transfer DB - Wire**

| Amount | Reference Number | Reference Detail |
|---|---|---|
| $425,401.90 | 150714018900 | |
| | FED WIRE OUT 018900 ORIGINATOR:SERITAGE SRC FINANCE LLC SEARS AC/4645219841 BENEFICIARY:Marketstaff Inc. AC/5050101657 RFB:Seritage RECVBNK:FIRSTMERIT BANK N.A. ABA:041200555 TRN:150714018900 FEDREF:00494 DATE:150714 TIME:1058 | |

| | |
|---|---|
| **$425,401.90** | **Money Transfer DB - Wire Total** |
| **$425,401.90** | **Wire Transfer Out Total** |
| **$425,401.90** | **Debit Transactions Total** |

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**

**07/15/2015 12:08:44 PM**

| | | |
|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** |
| **Seritage KMT Mezzanine Finance** | **4645219876** | **As of Date: July 14, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
## Seritage balances



**Date Range: July 07, 2015 to July 15, 2015**                    **07/15/2015 12:08:44 PM**

| | | |
|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** |
| **Seritage SRC Mezzanine Finance** | **4645219884** | **As of Date: July 14, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
## Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**

**07/15/2015 12:08:44 PM**

| | | |
|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** |
| **Seritage Growth Properties LP** | **4645219892** | **As of Date: July 14, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**

**07/15/2015 12:08:45 PM**

| | | |
|---|---|---|
| **PNC, MIDWEST** | **071921891** | **USD** |
| **Seritage SRC Finance LLC SEARS** | **4645219913** | **As of Date: July 14, 2015** |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $0.00 | Opening Available | $0.00 |
| Closing Available | $0.00 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $0.00  0 Item(s) | | |

### Credits

No credit data to report.

### Debits

No debit data to report.

# Previous Day Summary and Detail Report
# Seritage balances

**Date Range: July 07, 2015 to July 15, 2015**                    07/15/2015 12:08:45 PM

| PNC, MIDWEST | 071921891 | USD |
|---|---|---|
| SERITAGE GROWTH PROPERTIES LP | 4645219972 | As of Date: July 14, 2015 |

## Account Balance Summary

| | | | |
|---|---|---|---|
| Closing Ledger | $60,267,909.66 | Opening Available | $60,267,909.66 |
| Closing Available | $60,267,909.66 | 1 Day Float | $0.00 |
| | | 2 + Day Float | $0.00 |
| Total Credits | $0.00  0 Item(s) | | |
| Total Debits | $62,863.68  1 Item(s) | | |

## Debit Summary

| | |
|---|---|
| Wire Transfer Out | $62,863.68  1 Item(s) |

## Credits

No credit data to report.

## Debits

**Wire Transfer Out**

**Money Transfer DB - Wire**

| Amount | Reference Number | Reference Detail |
|---|---|---|
| $62,863.68 | 150714029506 | |
| | FED WIRE OUT 029506 ORIGINATOR:SERITAGE GROWTH PROPERTIES LP AC/4645219972 BENEFICIARY:James E. Bry AC/004091028587 RFB:Reimbursement RECVBNK:BANK OF AMERICA NATIONAL ASSOC ABA:026009593 TRN:150714029506 FEDREF:00892 DATE:150714 TIME:1401 | |

| | |
|---|---|
| **$62,863.68** | **Money Transfer DB - Wire Total** |
| **$62,863.68** | **Wire Transfer Out Total** |
| **$62,863.68** | **Debit Transactions Total** |