**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>SEARS HOLDINGS CORPORATION, *et al.*,<br>　　　　　　　　　　Debtors. | Chapter 11<br>Case No. 18-23538 (RDD)<br>Jointly Administered |
| Sears Holding Corp., et al.,<br>　　　　　　　　　　Plaintiffs,<br>　v.<br>Edward Scott Lampert, et al.,<br>　　　　　　　　　　Defendants. | Adversary Proceeding<br>Case No. 19-08250 (RDD) |

**PLAINTIFFS' STATEMENT ON MOTION TO CONSOLIDATE RELATED ADVERSARY PROCEEDINGS AND ENTER AN AMENDED SCHEDULING ORDER**

David M. Zensky
Joseph L. Sorkin
Dean L. Chapman Jr.
AKIN GUMP STRAUSS
HAUER & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Lacy M. Lawrence
AKIN GUMP STRAUSS
HAUER & FELD LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-2800

*Counsel to Plaintiffs in* Sears Holdings Corp. v. Lampert*, Case No. 19-08250*

Plaintiffs in the above-captioned adversary proceeding, by and through their undersigned counsel, respectfully submit this statement respecting their motion (the "Motion") for an order to consolidate the adversary proceeding captioned *Sears Holding Corp., et al. v. Edward Scott "Eddie" Lampert, et al.*, Adv. Pro. No. 19-08250 (RDD) (Bankr. S.D.N.Y.) (the "First Action") with the adversary proceeding captioned *Sears Holding Corp., et al. v. Andrew H. Tisch, et al.*, Adv. Pro. No. 20-07007 (RDD) (Bankr. S.D.N.Y.) (the "Second Action"), and to enter an amended scheduling order in the consolidated cases.[1]

1.  Prior to filing the Motion, Plaintiffs engaged in discussions with the First Action Defendants and Second Action Defendants regarding a proposed consolidation and amended scheduling order to govern the consolidated cases. Follow negotiations, Plaintiffs and the First Action Defendants were able to reach agreement on the terms of the proposed order annexed as Exhibit A to the Motion, and as a result, none of the First Action Defendants have filed objections to the Plaintiffs' Motion.

2.  Plaintiffs were unable to reach agreement with the Second Action Defendants regarding a proposed order, and various defendants in the Second Action have now filed objections to the Motion. *See* ECF Nos. 79, 85, 86, 88-91, 93 (the "Objections"). It is obvious that the positions taken by the Second Action Defendants in their Objections, if accepted, would have adverse consequences for Plaintiffs' prosecution of the First Action, including the potential delay of discovery by many months. Plaintiffs believe it is imperative that the prosecution of the First Action proceed without undue delay, and reiterate their arguments in that respect from the Motion.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

| | |
|---|---|
| Dated: New York, New York<br>February 22, 2021 | AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>By:  */s/ David M. Zensky*<br><br>David M. Zensky<br>Joseph L. Sorkin<br>Dean L. Chapman Jr.<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>dzensky@akingump.com<br>jsorkin@akingump.com<br>dchapman@akingump.com<br><br>Lacy M. Lawrence<br>2300 N. Field Street, Suite 1800<br>Dallas, TX 75201<br>Telephone: (214) 969-2800<br>Facsimile: (214) 969-4343<br>llawrence@akingump.com<br><br>*Counsel to Plaintiffs in* Sears Holdings Corp. v. Lampert*, Case No. 19-08250* |