UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) | Case No. 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| Sears Holdings Corp., *et al.*, | ) | Adversary Proceeding |
| Plaintiffs, | ) | No. 19-08250 (RDD) |
| v. | ) | |
| Edward Scott Lampert, *et al.*, | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF SERVICE**

State of New Jersey  )
                     )  ss.:
County of Monmouth )

Laura Guido, being duly sworn, deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Morrison & Foerster LLP, having offices located at 250 West 55th Street, New York, NY 10019.

2. On June 14, 2022, I served true and correct copies of the *Notice Extending Mediation* [ECF No. 276] by electronic mail upon the parties listed on Exhibit A attached hereto

NY-2401013

and by pre-paid first class U.S. Mail upon the party listed on Exhibit B attached hereto.

*/s/ Laura Guido*
Laura Guido

Sworn to before me on this
23 day of June 2022

*/s/ Christine Sodano*
Notary Public

**CHRISTINE SODANO**
**NOTARY PUBLIC OF NEW JERSEY**
Comm. # 50077084
My Commission Expires 2/16/2023

NY-2401013

## Exhibit A

Clyde & Co LLP
Leslie S. Ahari
Email: leslie.ahari@clydeco.us
*Party Represented*:
North American Specialty Insurance Co.

WilmerHale
Philip D. Anker
Email: philip.anker@wilmerhale.com
*Party Represented*:
ESL Institutional Partners LP
ESL Investments, Inc.
ESL Investors, LLC
ESL Partners LP
Edward Lampert

Fried Frank Harris Shriver & Jacobson LLP
Anne Aufhauser
Email: Anne.Aufhauser@friedfrank.com
*Party Represented*:
Seritage GS Holdings, LLC
Seritage Growth Properties, Inc.
Seritage Growth Properties, LP
Seritage KMT Finance, LLC
Seritage KMT Mezzanine Finance, LLC
Seritage MS Holdings, LLC
Seritage SPS Holdings, LLC
Seritage SRC Finance, LLC
Seritage SRC Mezzanine Finance, LLC

Aspen Specialty Insurance Company
Brian Baney
Email: brian.baney@aspeninsurance.com
*Party Represented*:
Aspen American Insurance Co.

Argo Re Ltd.
Peter Barber
Email: Peter.Barber@argolimited.com
*Party Represented*:
Argo Re Ltd.

Kaufman Dolowich Voluck, LLP
Mary Jo Barry
Email: mbarry@kdvlaw.com
*Party Represented*:
Allianz Global Risk US Insurance Company

Fairholme
Bruce Berkowitz
Email: bruce@fairholme.net
*Party Represented*:
Bruce Berkowitz
Fairholme Capital Management, LLC
Fairholme Funds, Inc.

Walker Wilcox Matousek LLP
William P. Bila
Email: wbila@wwmlawyers.com
*Party Represented*:
AXIS

Phillips, McLaughlin & Hall
David A. Bilson
Email: dab@pgmhlaw.com
*Party Represented*:
QBE Insurance Corporation

Akin Gump Strauss Hauer & Feld LLP
Sara Brauner
Email: sbrauner@akingump.com
*Party Represented*:
Sears Holdings Corporation

QBE Specialty Insurance Co.
Allison Calkins
Email: Allison.Calkins@us.qbe.com
*Party Represented*:
QBE Specialty Insurance Company

Old Republic Insurance Co.
Michael Carney
Email: mcarney@oldrepublicpro.com
*Party Represented*:
Old Republic Professional Liability Inc.

NY-2401013

Kaufman Dolowich Voluck, LLP
Catherine Casavant
Email: ccasavant@kdvlaw.com
*Party Represented*:
StartPoint

Federal Insurance Company
Geralyn M. Cerase
Email: geralyn.cerase@chubb.com
*Party Represented*:
Westchester Fire Ins. Co., a Chubb/ACE Company

Akin Gump Strauss Hauer & Feld LLP
Dean Chapman
Email: dchapman@akingump.com
*Party Represented*:
Sears Holdings Corporation

Joseph Hage Aaronson LLC
Rachel M. Cherington
Email: rcherington@JHANY.COM
*Party Represented*:
Cesar L. Alvarez

Cravath, Swaine & Moore LLP
Evan R. Chesler
Email: echesler@cravath.com
*Party Represented*:
Ann N. Reese
Paul DePodesta
William C. Kunkler III

Gair Eberhard Nelson Dedinas Ltd.
Carly Chocron
Email: cchocron@gairlawgroup.com
*Party Represented*:
Robert Riecker
Rovert Schriesheim
Scott Huckins

Swiss Re
Claudia Cinardo
Email: claudia_cinardo@swissre.com
*Party Represented*:
North American Specialty Insurance Co.

Beazely Insurance Company, Inc.
William Clarke
Email: william.clarke@beazley.com
*Party Represented*:
Beazley Group

Illinois National Insurance Company (AIG)
Jennifer Cleator
Email: Jennifer.Cleator@aig.com
*Party Represented*:
Illinois National Insurance Company (AIG)

Axis Insurance Company
George Cortelyou
Email: george.cortelyou@axiscapital.com
*Party Represented*:
AXIS

Kaufman Borgeest & Ryan LLP
Paul T. Curley
Email: pcurley@kbrlaw.com
*Party Represented*:
Beazley Group
Hiscox

Seward & Kissel LLP
Noah Czarny
Email: czarny@sewkis.com
*Party Represented*:
Bruce Berkowitz
Fairholme Capital Management, LLC
Fairholme Funds, Inc.

Wilson Elser Moskowitz, et al. LLP
Anjali C. Das
Email: anjali.das@wilsonelser.com
*Party Represented*:
Old Republic Professional Liability Inc.

Ropes & Gray
Andew G. Devore
Email: andrew.devore@ropesgray.com
*Party Represented*:
Duff & Phelps, LLC

NY-2401013

Akin Gump Strauss Hauer & Feld LLP
Ira S. Dizengoff
Email: idizengoff@akingump.com
*Party Represented*:
Sears Holdings Corporation

Kaufman Dolowich Voluck, LLP
Ivan J. Dolowich
Email: idolowich@kdvlaw.com
*Party Represented*:
Validus Specialty Underwriting Services

Cravath, Swaine & Moore LLP
J. Wesley Earnhardt
Email: Wearnhardt@cravath.com
*Party Represented*:
Ann N. Reese
Paul DePodesta
William C. Kunkler III

Gair Eberhard Nelson Dedinas Ltd.
Jeffrey S. Eberhard
Email: jeberhard@gairlawgroup.com
*Party Represented*:
Robert Riecker
Rovert Schriesheim
Scott Huckins

Weil Gotshal & Manges LLP
Garrett Fail
Email: Garrett.Fail@weil.com

Ropes & Gray
Timothy Farrell
Email: timothy.farrell@ropesgray.com
*Party Represented*:
Duff & Phelps, LLC

Kaufman Dolowich Voluck, LLP
John H. FitzSimons
Email: jfitzsimons@kdvlaw.com
*Party Represented*:
Illinois National Insurance Company (AIG)

Kaufman Borgeest & Ryan LLP
Neil A Fox
Email: nfox@kbrlaw.com
*Party Represented*:
Beazley Group
Hiscox

O'Melveny & Myers LLP
Andrew J. Frackman
Email: afrackman@omm.com
*Party Represented*:
Benefit Street 2018
Thomas Tisch

Gair Eberhard Nelson Dedinas Ltd.
Chris C. Gair
Email: cgair@gairlawgroup.com
*Party Represented*:
Robert Riecker
Rovert Schriesheim
Scott Huckins

Seward & Kissel LLP
Robert J. Gayda
Email: gayda@sewkis.com
*Party Represented*:
Bruce Berkowitz
Fairholme Capital Management, LLC
Fairholme Funds, Inc.

Robinson & Cole, LLP
Dmitriy Gelfand
Email: dgelfand@rc.com
*Party Represented*:
Allianz Global Risks US Insurance Co.

Bailey Cavalieri LLC
Thomas E. Geyer
Email: tgeyer@baileycav.com
*Party Represented*:
Aspen American Insurance Co.

NY-2401013

QBE North America  
Suzanne Giordano  
New York, NY 10041  
Email: Suzanne.Giordano@us.qbe.com  
*Party Represented*:  
QBE

Allied World Assurance Corporation  
Joseph Girdusky  
Email: joe.girdusky@awac.com  
*Party Represented*:  
Allied World Assurance Company

Sullivan & Cromwell LLP  
Brian Glueckstein  
Email: gluecksteinb@sullcrom.com  
*Party Represented*:  
Steven Mnuchin

Kennedys CMK  
Michael Goldwasser  
Email: Michael.Goldwasser@kennedyslaw.com  
*Party Represented*:  
Allied World Assurance Company

Holwell Shuster & Goldberg LLP  
Matthew Gurgel  
Email: mgurgel@hsgllp.com  
*Party Represented*:  
Kunal S. Kamlani

Ropers Majeski PC  
Geoffrey W. Heineman  
Email: Geoffrey.heineman@ropers.com  
*Party Represented*:  
QBE

Seward & Kissel LLP  
Thomas Ross Hooper  
Email: Hooper@sewkis.com  
*Party Represented*:  
Bruce Berkowitz  
Fairholme Capital Management, LLC  
Fairholme Funds, Inc.

Seward & Kissel LLP  
Mark J. Hyland  
Email: hyland@sewkis.com  
*Party Represented*:  
Bruce Berkowitz  
Fairholme Capital Management, LLC  
Fairholme Funds, Inc.

Aspen American Insurance Co.  
Kelly Mai Johnson  
Email: Kelly.Johnson@aspen-insurance.com  
*Party Represented*:  
Aspen American Insurance Co.

Wiley Rein LLP  
Leland H. Jones IV  
Email: ljones@wiley.law  
*Party Represented*:  
Berkshire Hathaway Specialty Insurance

Joseph Hage Aaronson LLC  
Gregory P. Joseph  
Email: gjoseph@jhany.com  
*Party Represented*:  
Cesar L. Alvarez

Tudor Insurance Company  
Steven Taurke Joseph  
Email: s.joseph@westernworld.com  
*Party Represented*:  
Validus Specialty Underwriting Services

Peabody & Arnold LLP  
Stephanie Kao  
Email: skao@peabodyarnold.com  
*Party Represented*:  
The Hartford (Navigator Insurance Company)

NY-2401013

Kaplan Rice LLP
Howard J. Kaplan
Email: hkaplan@kaplanrice.com
*Party Represented*:
Joseph Jordan
Lawrence Meerschaert
Leena Munjal

Smith, Katzenstein & Jenkins LLP
Robert J. Katzenstein
Email: rjk@skjlaw.com
*Party Represented*:
Continental Casualty Company

Fried Frank Harris Shriver & Jacobson LLP
Michael C. Keats
Email: michael.keats@friedfrank.com
*Party Represented*:
Seritage GS Holdings, LLC
Seritage Growth Properties, Inc.
Seritage Growth Properties, LP
Seritage KMT Finance, LLC
Seritage KMT Mezzanine Finance, LLC
Seritage MS Holdings, LLC
Seritage SPS Holdings, LLC
Seritage SRC Finance, LLC
Seritage SRC Mezzanine Finance, LLC

Fairholme
Wayne Kellner
Email: wayne@fairholme.net
*Party Represented*:
Bruce Berkowitz
Fairholme Capital Management, LLC
Fairholme Funds, Inc.

Robinson & Cole, LLP
Erica Kerstein
Email: ekerstein@rc.com
*Party Represented*:
Allianz Global Risks US Insurance
Company fka
Allianz Insurance

Milbank LLP
Thomas R. Kreller
Email: tkreller@milbank.com
*Party Represented*:
CMH VI, LP
CRS Master Fund, LP
Canary SC Fund, LP
Canary SC Master Fund, LP
Crescent 1, L.P.
Cyr Fund LP
Cyrus 1740 Master Fund, LP
Cyrus Capital Partners, L.P.
Cyrus Opportunities Master Fund II, Ltd
Cyrus Select Opportunities Master Fund, Ltd.
Cyrus Special Strategies Master Fund, LP

Walker Wilcox Matousek LLP
Kevin A. Lahm
Email: klahm@wwmlawyers.com
*Party Represented*:
AXIS

Milbank LLP
Andrew LeBlanc
Email: aleblanc@milbank.com
*Party Represented*:
CMH VI, LP
CRS Master Fund, LP
Canary SC Fund, LP
Canary SC Master Fund, LP
Crescent 1, L.P.
Cyr Fund LP
Cyrus 1740 Master Fund, LP
Cyrus Capital Partners, L.P.
Cyrus Opportunities Master Fund II, Ltd
Cyrus Select Opportunities Master Fund, Ltd.
Cyrus Special Strategies Master Fund, LP

WilmerHale
Noah A. Levine
Email: noah.levine@wilmerhale.com

NY-2401013

Debevoise & Plimpton LLP
Sidney P. Levinson
Email: slevinson@debevoise.com
*Party Represented*:
Cascade Investment LLC

Holwell Shuster & Goldberg LLP
Vincent Levy
Email: vlevy@hsgllp.com
*Party Represented*:
Kunal S. Kamlani

Ropers, Majeski, PC
Amber W. Locklear
Email: alocklear@rmkb.com
*Party Represented*:
QBE Insurance Corporation

Fried Frank Harris Shriver & Jacobson LLP
Scott Luftglass
Email: Scott.Luftglass@friedfrank.com
*Party Represented*:
Seritage GS Holdings, LLC
Seritage Growth Properties, Inc.
Seritage Growth Properties, LP
Seritage KMT Finance, LLC
Seritage KMT Mezzanine Finance, LLC
Seritage MS Holdings, LLC
Seritage SPS Holdings, LLC
Seritage SRC Finance, LLC
Seritage SRC Mezzanine Finance, LLC

Kaufman Dolowich Voluck, LLP
Ian Lukaszewicz
Email: ilukaszewicz@kdvlaw.com
*Party Represented*:
Endurance American Insurance Company

Kaufman Dolowich Voluck, LLP
Catherine Lyster
Email: clyster@kdvlaw.com
*Party Represented*:
Endurance American Insurance Company

Weil Gotshal & Manges LLP
Jacqueline Marcus
Email: Jacqueline.marcus@weil.com

Ropers, Majeski, PC
Andrew Margulis
Email: andrew.margulis@ropers.com
*Party Represented*:
QBE Insurance Corporation

Kaufman Dolowich Voluck, LLP
Kevin M. Mattessich
Email: kmattessich@kdvlaw.com
*Party Represented*:
StartPoint

Parsons McEntire McCleary PLLC
Sawnie A. McEntire
Email: smcentire@pmmlaw.com
*Party Represented*:
Cushman & Wakefield, Inc.

Hiscox
Chris Moore
Email: chris.moore@hiscox.com
*Party Represented*:
Hiscox

Quinn Emanuel Urquhart & Sullivan LLP
Erika Morabito
Email: ErikaMorabito@QuinnEmanuel.com
*Party Represented*:
Gary Polkowitz

Davis Polk & Wardwell LLP
Elliot Moskowitz
Email: elliot.moskowitz@davispolk.com
*Party Represented*:
Cushman & Wakefield, Inc.

Quinn Emanuel Urquhart & Sullivan LLP
Brittany J. Nelson
Email: brittanynelson@quinnemanuel.com
*Party Represented*:
Gary Polkowitz

NY-2401013

Peabody & Arnold LLP
E. Joseph O'Neil
Email: eoneil@peabodyarnold.com
*Party Represented*:
The Hartford (Navigator Insurance Company)

Ropers Majeski PC
Jung H. Park
Yvonne Black, Assistant
Email: jung.park@ropers.com
      yvonne.black@ropers.com
*Party Represented*:
QBE

WilmerHale
Ryanne E. Perio
Email: ryanne.perio@wilmerhale.com

Kennedys CMK
Maurice Pesso
Email: Maurice.Pesso@kennedyslaw.com
*Party Represented*:
Allied World Assurance Company

Alianz Global Corporate & Specialty (AGCS)
Matthew Photis
Email: matthew.photis@agcs.allianz.com
*Party Represented*:
Allianz Global Risks Insurance Company

AIG
Richard Pokorny
Email: Richard.pokorny@aig.com
*Party Represented*:
Illinois National Insurance Company (AIG)

Peabody & Arnold LLP
Heather G. Reid
Email: hreid@peabodyarnold.com
*Party Represented*:
The Hartford (Navigator Insurance Company)

Milbank Realty Group, Inc.
Eric R. Reimer
Email: ereimer@milbank.com
*Party Represented*:
CMH VI, LP
CRS Master Fund, LP
Canary SC Fund, LP
Canary SC Master Fund, LP
Crescent 1, L.P.
Cyr Fund LP
Cyrus 1740 Master Fund, LP
Cyrus Capital Partners, L.P.
Cyrus Opportunities Master Fund II, Ltd
Cyrus Select Opportunities Master Fund, Ltd.
Cyrus Special Strategies Master Fund, LP

The Hartford (Navigator Insurance Company)
Traci Ribeiro
Email: Traci.Ribeiro@thehartford.com
*Party Represented*:
The Hartford (Navigator Insurance Company)

Kaplan Rice LLP
Michelle A. Rice
Email: MRICE@KAPLANRICE.COM
*Party Represented*:
Joseph Jordan
Lawrence Meerschaert
Leena Munjal

Cravath, Swaine & Moore LLP
Jeffrey A. Ritholtz
Email: jritholtz@cravath.com
*Party Represented*:
Ann N. Reese
Paul DePodesta
William C. Kunkler III

Kasowitz Benson Torres LLP
Joshua E Roberts
Email: jroberts@kasowitz.com
*Party Represented*:
Cascade Investment LLC

NY-2401013

Skarzynski Marick & Black LLP
Alexis J. Rogoski
Email: arogoski@skarzynski.com
*Party Represented*:
XL Professional Insurance

Parsons McEntire McCleary PLLC
Robert M. Rosen
Email: rrosen@pmmlaw.com
*Party Represented*:
Cushman & Wakefield, Inc.

Sullivan & Cromwell LLP
Robert Andrew Sacks
Email: sacksr@sullcrom.com
*Party Represented*:
Steven Mnuchin

Beazley Insurance
Melanie Saponara
Email: Melanie.Saponara@beazley.com
*Party Represented*:
Beazley Group

Fried Frank Harris Shriver & Jacobson LLP
Brad E. Scheler
Email: brad.eric.scheler@friedfrank.com
*Party Represented*:
Seritage GS Holdings, LLC
Seritage Growth Properties, Inc.
Seritage Growth Properties, LP
Seritage KMT Finance, LLC
Seritage KMT Mezzanine Finance, LLC
Seritage MS Holdings, LLC
Seritage SPS Holdings, LLC
Seritage SRC Finance, LLC
Seritage SRC Mezzanine Finance, LLC

Covington & Burling LLP
Matthew J. Schlesinger
Email: mschlesinger@cov.com
*Party Represented*:
Seritage GS Holdings, LLC
Seritage Growth Properties, Inc.
Seritage Growth Properties, LP
Seritage KMT Finance, LLC

Seritage KMT Mezzanine Finance, LLC
Seritage MS Holdings, LLC
Seritage SPS Holdings, LLC
Seritage SRC Finance, LLC
Seritage SRC Mezzanine Finance, LLC

Weil Gotshal & Manges LLP
Ray C. Schrock
Email: ray.schrock@weil.com

O'Melveny & Myers LLP
Daniel Steven Shamah
Email: dshamah@omm.com
*Party Represented*:
Benefit Street 2018
Thomas Tisch

Holwell Shuster & Goldberg LLP
Michael S. Shuster
Email: mshuster@hsgllp.com
*Party Represented*:
Kunal S. Kamlani

Weil Gotshal & Manges LLP
Sunny Singh
Email: sunny.singh@weil.com

Fried Frank Harris Shriver & Jacobson LLP
Peter B. Siroka
Email: Peter.Siroka@friedfrank.com
*Party Represented*:
Seritage GS Holdings, LLC
Seritage Growth Properties, Inc.
Seritage Growth Properties, LP
Seritage KMT Finance, LLC
Seritage KMT Mezzanine Finance, LLC
Seritage MS Holdings, LLC
Seritage SPS Holdings, LLC
Seritage SRC Finance, LLC
Seritage SRC Mezzanine Finance, LLC

NY-2401013

Covington & Burling LLP
Maura Sokol
Email: MSokol@cov.com
*Party Represented*:
Seritage GS Holdings, LLC
Seritage Growth Properties, Inc.
Seritage Growth Properties, LP
Seritage KMT Finance, LLC
Seritage KMT Mezzanine Finance, LLC
Seritage MS Holdings, LLC
Seritage SPS Holdings, LLC
Seritage SRC Finance, LLC
Seritage SRC Mezzanine Finance, LLC

Joseph Hage Aaronson LLC
Courtney Solomon
Email: csolomon@jhany.com
*Party Represented*:
Cesar L. Alvarez

Fried Frank Harris Shriver & Jacobson LLP
Michael Sternheim
Email: michael.sternheim@friedfrank.com
*Party Represented*:
Seritage GS Holdings, LLC
Seritage Growth Properties, Inc.
Seritage Growth Properties, LP
Seritage KMT Finance, LLC
Seritage KMT Mezzanine Finance, LLC
Seritage MS Holdings, LLC
Seritage SPS Holdings, LLC
Seritage SRC Finance, LLC
Seritage SRC Mezzanine Finance, LLC

QBE Insurance (Europe) Limited
Rory Thomson
Email: rory.thomson@uk.qbe.com
*Party Represented*:
ACT Syndicates

CNA Coverage Litigation Group
Karen Ventrell
Email: karen.ventrell@cna.com
*Party Represented*:
Continental Casualty Company

O'Melveny & Myers LLP
Lauren Wagner
Email: lwagner@omm.com
*Party Represented*:
Benefit Street 2018
Thomas Tisch

Potter Anderson & Corroon, LLP
Jennifer Wasson
Email: jwasson@potteranderson.com
*Party Represented*:
Seritage GS Holdings, LLC
Seritage Growth Properties, Inc.
Seritage Growth Properties, LP
Seritage KMT Finance, LLC
Seritage KMT Mezzanine Finance, LLC
Seritage MS Holdings, LLC
Seritage SPS Holdings, LLC
Seritage SRC Finance, LLC
Seritage SRC Mezzanine Finance, LLC

Covington & Burling LLP
Colin P. Watson
Email: cpwatson@cov.com
*Party Represented*:
Seritage GS Holdings, LLC
Seritage Growth Properties, Inc.
Seritage Growth Properties, LP
Seritage KMT Finance, LLC
Seritage KMT Mezzanine Finance, LLC
Seritage MS Holdings, LLC
Seritage SPS Holdings, LLC
Seritage SRC Finance, LLC
Seritage SRC Mezzanine Finance, LLC

Dilworth Paxson, LLP
Thaddeus J. Weaver
Email: eserpe@dilworthlaw.com
*Party Represented*:
Endurance American Insurance Company

Debevoise & Plimpton LLP
Erica Weisgerber
Email: eweisgerber@debevoise.com
*Party Represented*:
Cascade Investment LLC

NY-2401013

CNA Insurance
Phillip E. Wilson Jr.
Email: phillip.wilson@cna.com
*Party Represented*:
Continental Casualty Company

Skarzynski Marick & Black LLP
Tammy Yuen
Email: TYuen@skarzynski.com
*Party Represented*:
XL Professional Insurance

Akin Gump Strauss Hauer & Feld LLP
David Zensky
Email: dzensky@akingump.com
*Party Represented*:
Sears Holdings Corporation

Kaufman Dolowich Voluck, LLP
Michael L. Zigelman
T. Adeleke, Assistant
Email: mzigelman@kdvlaw.com
tadeleke@kdvlaw.com
*Party Represented*:
Endurance American Insurance Company

Bailey Cavalieri LLC
Jordan W. Ziolkowski
Email: jziolkowski@baileycav.com
*Party Represented*:
Aspen American Insurance Co.

NY-2401013

## Exhibit B

Berkshire Hathaway Specialty Insurance
Attn:  Theresa Bidermann
85 Broad Street
7th Floor
New York, NY 10004
*Party Represented*:
Berkshire Hathaway Specialty Insurance

NY-2401013