**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, New York 10601**

---

| | |
|---|---|
| Sears Holdings Corporation, *et al.*, | |
|     Plaintiffs, | |
| | Adv. Proc. No. 19-08250-rdd |
|     v. | |
| | (Administratively Consolidated) |
| Edward Scott "Eddie" Lampert, *et al.*, | |
|     Defendants. | |

---

| | |
|---|---|
| Sears Holdings Corporation, *et al.*, | |
|     Plaintiffs, | |
| | Adv. Proc. No. 20-07007-rdd |
|     v. | |
| | (Administratively Consolidated) |
| Andrew H. Tisch, *et al.*, | |
|     Defendants. | |

---

**NOTICE OF CONTINUED ASSIGNMENT OF JUDGE DRAIN**

Judge Robert D. Drain, who presides over the above-referenced adversary proceedings, is scheduled to retire on June 30, 2022. By Order of Recall, dated June 13, 2022, the Second Circuit Judicial Council recalled Judge Drain to this Court from July 1 through September 30, 2022.

Earlier this month, the Clerk notified the public that, upon the retirement of Judge Drain, Judge Drain's cases will be transferred to Judge Sean H. Lane absent notice to the contrary.

PLEASE TAKE NOTICE that Judge Drain will continue to preside over the above-referenced adversary proceedings, including any motion for approval of the settlement of any claims therein, following his retirement on June 30, 2022 until further notice.

Dated: June 29, 2022                                                                 <u>Vito Genna</u>
                                                                                     Clerk of the Court