**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br>SEARS HOLDINGS CORPORATION,<br>*et al.*,<br>                                   Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br>(Jointly Administered) |
| Sears Holding Corp., et al.,<br>                                   Plaintiffs,<br>v.<br>Edward Scott Lampert, et al.,<br>                                   Defendants. | Adversary Proceeding<br>No. 19-08250 (RDD) |

**STIPULATION AND ORDER FOR**
**VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), made applicable in this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, the undersigned counsel hereby stipulate to the voluntary dismissal of the above-captioned action as to all named Defendants. This matter is dismissed as to Defendants with prejudice. The parties agree to bear their own attorneys' fees, costs, and expenses.

Dated:  October 6, 2022

        AKIN GUMP STRAUSS HAUER & FELD LLP

        */s/ David M. Zensky*
        David M. Zensky
        Joseph L. Sorkin
        Dean L. Chapman Jr.
        One Bryant Park
        New York, New York 10036
        Telephone: (212) 872-1000
        Facsimile: (212) 872-1002
        Email:  dzensky@akingump.com
                 jsorkin@akingump.com
                 dchapman@akingump.com

        *Counsel to the Plaintiffs (as to all Defendants except the Cyrus Defendants)*


        HERRICK, FEINSTEIN LLP

        */s/ Sean E. O'Donnell*
        Sean E. O'Donnell
        Christopher W. Carty
        Kyle J. Kolb
        2 Park Avenue
        New York, New York 10016
        Telephone: (212) 592-1400
        Facsimile: (212) 592-1500
        Email:  sodonnell@herrick.com
                 ccarty@herrick.com
                 jdangelo@herrick.com
                 kkolb@herrick.com

        *Counsel to the Plaintiffs (as to the Cyrus Defendants)*

WILMER CUTLER PICKERING
  HALE AND DORR LLP

*/s/ Philip D. Anker*
Philip D. Anker
Noah A. Levine
Ryanne E. Perio
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile:  (212) 230-8888
Email:   philip.anker@wilmerhale.com
         noah.levine@wilmerhale.com
         ryanne.perio@wilmerhale.com

*Counsel to Edward Lampert and the ESL Defendants*


CRAVATH, SWAINE & MOORE

*/s/ Evan R. Chesler*
Evan R. Chesler
J. Wesley Earnhardt
Jeffrey A. Ritholtz
Worldwide Plaza
825 8th Ave.
New York, NY 10019
(212) 474-1000
(212) 474-3700
Email:   jritholtz@cravath.com
         wearnhardt@cravath.com
         echesler@cravath.com

*Counsel to Ann N. Reese; Paul DePodesta; and William C Kunkler III*

DEBEVOISE & PLIMPTON LLP

*/s/ Sidney P. Levinson*
Sidney P. Levinson
Erica S. Weisgerber
919 Third Avenue
New York, New York 10022
(212) 909-6000
Email:  slevinson@debevoise.com
            eweisgerber@debevoise.com

*Counsel to Cascade Investment, LLC*


JOSEPH HAGE AARONSON LLC

*/s/ Gregory P. Joseph*
Gregory P. Joseph
Rachel M. Cherington
Courtney A. Solomon
485 Lexington Avenue, 30th Floor
New York, NY 10017
Telephone (212) 407-1210
Facsimile: (212) 407-1280
Email:  gjoseph@jhany.com
            rcherington@jhany.com
            csolomon@jhany.com

*Counsel to Cesar L. Alvarez*

O'MELVENY & MYERS LLP

*/s/ Andrew J. Frackman*
Andrew J. Frackman
Daniel S. Shamah
Lauren M. Wagner
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email:  afrackman@omm.com
          dshamah@omm.com
          lwagner@omm.com

*Counsel to Thomas Tisch and Benefit Street 2018, LLC*

SEWARD & KISSEL LLP

*/s/ Mark J. Hyland*
Mark J. Hyland
Thomas Ross Hooper
Noah S. Czarny
Robert J. Gayda
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421
Email:  hyland@sewkis.com
          hooper@sewkis.com
          czarny@sewkis.com
          gayda@sewkis.com

*Counsel to Bruce Berkowitz and the Fairholme Defendants*

DAVIS POLK & WARDWELL LLP

/s/ Elliot Moskowitz
Elliot Moskowitz
450 Lexington Avenue
New York, NY 10017
Email: elliot.moskowitz@davispolk.com

- and –

PARSONS MCENTIRE MCCLEARY PLLC

/s/ Robert M. Rosen
Sawnie McEntire
Robert M. Rosen (admitted *pro hac vice*)
1700 Pacific Ave.
Ste. 4400
Dallas, TX 75201
(214) 237-4300
(214) 237-4340
Email: smcentire@pmmlaw.com
rrosen@pmmlaw.com

*Counsel to Cushman & Wakefield, Inc.*


MILBANK

/s/ Eric R. Reimer
Thomas R. Kreller
Andrew M. Leblanc
Eric R. Reimer
2029 Century Park East
33rd Floor
Los Angeles, CA 90067
Email: tkreller@milbank.com
aleblanc@milbank.com
ereimer@milbank.com

*Counsel to the Cyrus Defendants*

6

ROPES & GRAY

*/s/ Timothy Farrell*
Timothy Farrell
191 North Upper Wacker Dr.
32nd Floor
Chicago, IL 60606
(312) 845-1200
(312) 845-5500
Email:   timothy.farrell@ropesgray.com

- and -

Andrew Devore
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7000
(617) 951-7050
Email:   andrew.devore@ropesgray.com

*Counsel to Duff & Phelps, LLC*


KAPLAN RICE

*/s/ Michelle A. Rice*
Michelle A. Rice
Howard J. Kaplan
142 West 57th Street
Suite 4A
New York, NY 10019
(212) 235-0300
Email:   mrice@kaplanrice.com
          hkaplan@kaplanrice.com

*Counsel to Joseph Jordan, Lawrence Meerschaert, and Leena Munjal*

HOLWELL SHUSTER & GOLDBERG LLP

*/s/ Matthew Gurgel*
Michael S. Shuster
Vincent Levy
Matthew Gurgel
425 Lexington Avenue
New York, New York 10017
Telephone: (646) 837-5151
Facsimile: (646) 837-5150
Email:  mshuster@hsgllp.com
             vlevy@hsgllp.com
             mgurgel@hsgllp.com

*Counsel to Kunal Kamlani*

GAIR EBERHARD NELSON DEDINAS LTD

*/s/ Chris Gair*
Chris Gair
Jeffrey S. Eberhard
1 E. Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 600-4900
Email:  cgair@gairlawgroup.com
             jeberhard@gairlawgroup.com

*Counsel to Robert Reicker, Robert Schriesheim, and Scott Huckins*

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

*/s/ Michael C. Keats*
Brad Eric Scheler
Scott B. Luftglass
Michael C. Keats
One New York Plaza
New York, New York 10004-1980
(212) 859-8000
Email:  brad.eric.scheler@friedfrank.com
        scott.luftglass@friedfrank.com
        michael.keats@friedfrank.com

*Counsel to the Seritage Defendants*


SULLIVAN & CROMWELL LLP

*/s/ Robert A. Sacks*
Robert A. Sacks
Brian Glueckstein
125 Broad Street
New York, NY 10004
(212) 558-4000
(212) 558-3588
Email:  sacksr@sullcrom.com
        gluecksteinb@sullcrom.com

*Counsel to Steven Mnuchin*



**SO ORDERED**

Dated:

_____
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE